IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-mj-** |
| v. : | |
| : | **UNDER SEAL** |
| **YVONNE ST CYR,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT
### AND RELATED DOCUMENTS

The United States of America, moving by and through its undersigned counsel, respectfully moves the Court for an Order placing the above-captioned Complaint, Arrest Warrant, and the application and affidavit in support thereof, and all attachments thereto and other related materials (collectively herein the "Complaint") under seal. In support of this motion, the government states:

1. The Court has the inherent power to seal court filings when appropriate, including the Arrest Warrant. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). More particularly, the Court may seal the Arrest Warrant to prevent serious jeopardy to an ongoing criminal investigation when, as in the present case, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the Arrest Warrant. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991).

2. On February 12, 2021, the government applied for a Complaint, Arrest Warrant, and Search Warrant in this matter. The affidavit details the facts supporting probable cause to believe that Yvonne St Cyr violated Title 18, United States Code, §§ 1752(a)(1) and (2); and 40 U.S.C. §§ 5104(e)(2)(D) and (G).

3. The government will continue its investigation after the Court signs its criminal complaint and arrest warrant, including taking efforts to locate the defendant and to develop information regarding potential co-conspirators and/or other individuals who took unlawful actions in and around the Capitol on January 6, 2021. Disclosure of the Complaint would jeopardize the investigation by providing the subjects of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

4. For the foregoing reasons, the government respectfully requests that the Complaint and Arrest Warrant be sealed until further order of this Court, except that it may be unsealed upon request by any judicial officer in any District before whom the defendant appears pursuant to this Complaint.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By: /s/ Erik M. Kenerson
Assistant United States Attorney
OH Bar No. 82960
National Security Section
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7201
Email: erik.kenerson@usdoj.gov