IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00226 |
| : | Assigned to: Judge Faruqui, Zia M |
| **v.** : | Assign Date: 2/12/2021 |
| : | Description: COMPLAINT W/ARREST WARRANT |
| : | **UNDER SEAL** |
| **YVONNE ST CYR,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

# ORDER

The United States has filed a motion to seal the above-captioned Complaint, Arrest Warrant, and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Complaint").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Complaint and Arrest Warrant would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Complaint and Arrest Warrant to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is, therefore, this 12th day of February, 2021,

ORDERED that the motion is hereby GRANTED, and that the Complaint, Arrest Warrant, Affidavit, and related documents, the instant motion to seal, and this Order be SEALED until further order of the Court. It is

FURTHER ODERED that a judicial officer in any district where the defendant may appear pursuant to this complaint may unseal the Complaint, Arrest Warrant, Affidavit, and Related Documents upon request of an attorney for the government.

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE