AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Yvonne St Cyr | ) Case: 1:21-mj-00226 |
| DOB | ) Assigned to: Judge Faruqui, Zia M |
|  | ) Assign Date: 2/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yvonne St Cyr,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date: 02/12/2021

2021.02.12
14:37:50 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/16/2021, and the person was arrested on *(date)* 03/03/2021
at *(city and state)* Boise, Idaho

Date: 3/3/2021

*Arresting officer's signature*

David F. Shumway SA
*Printed name and title*