AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| | ) Case: 1:21-mj-00226 |
| Yvonne St Cyr | ) Assigned to: Judge Faruqui, Zia M |
| DOB | ) Assign Date: 2/12/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Yvonne St Cyr                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date:     02/12/2021

2021.02.12
14:37:50 -05'00'

_Issuing officer's signature_

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

### Return

| This warrant was received on _(date)_  02/16/2021  , and the person was arrested on _(date)_  03/03/2021 |
| at _(city and state)_   BOISE, IDAHO |

Date:  3/3/2021

_Arresting officer's signature_

DAVID F. SHUMWAY  SA
_Printed name and title_

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Yvonne St Cyr<br>DOB 3/30/1967<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00226<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/12/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted building or grounds. |
| 40 U.S.C. §§ 5104(e)(2)(D) & (G) | Disruptive and disorderly conduct on restricted grounds. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew J. Gano Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  02/12/2021

2021.02.12
14:35:55 -05'00'
_____
*Judge's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

Case: 1:22-mj-0026
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/12/2021
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Matthew Gano, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2017.  I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This Affidavit is being submitted for the sole purpose of establishing probable cause that on January 6, 2021,  YVONNE ST CYR ("ST CYR") violated 18 U.S.C. §§  1752(a)(1) and (2) and 40 U.S.C. §§ 5104(e)(2)(D) and (G), as set forth below.  This affidavit, therefore, does not contain every fact known to me regarding this investigation.

## BACKGROUND

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

With the joint session underway and with Vice President Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did— evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

## PROBABLE CAUSE

Based on information I have reviewed, I estimate that between 2:00 p.m., and no later than 4:00 p.m., the defendant, Yvonne St Cyr, entered the United States Capitol without authorization to do so. The defendant live-streamed video which was later posted to Facebook and widely circulated on other social media platforms and picked up by national news outlets documenting the riots. In the live-streamed video, St Cyr filmed the destruction of an office window from within the Capitol and continued to record herself standing in the window and shouting at the crowd located on the west side of the Capitol grounds. The defendant was photographed from outside the window recording on her mobile phone:



The live-stream videos were viewed via Facebook and subsequently posted to the defendant's account. St Cyr claims in subsequent videos this content led to the suspension of her account for violating Facebook policy concerning the depiction of violence. Multiple tips submitted through the FBI's public access lines provided the captioned videos and photos that appear to depict the defendant inside the Capitol building. Two examples of screen shots that came from those tips are below:





Your affiant spoke to U.S. Capitol Police agents, who identified the room depicted in the aforementioned videos as room ST2M, commonly known as the Senator's Hideaway Office inside the Capitol building.

A live-stream video was uploaded to a Facebook in the name of the defendant's husband, on or about January 7, 2021, and subsequently provided to the FBI through public access tip lines. Agents subsequently confirmed the defendant's marital status, i.e., married to an individual whose name matches the aforementioned Facebook account, through public records searches.  The video appears to depict the defendant and her husband.  During the 38-minute video, the defendant describes her activities on January 6th, including entering the Capitol building and "going live" on social media with video that the defendant claims was later broadcast on major news outlets.

Agents conducted a comparison of photos and video obtained through tips against known photos of the defendant including the Idaho Department of Motor Vehicles (DMV), and previous social media matching the likeness of the defendant.  The photographs and videos described above appear to match the defendant's DMV photo and other known social media photographs of her.

Agents from the FBI's Washington Field Office conducted a telephonic interview with a longtime associate and friend of the defendant.  This individual confirmed that the person in the aforementioned videos and photos is the defendant, Yvonne St Cyr, who resides in Idaho.  This longtime associate and friend further confirmed that the Facebook account where the videos were posted, account name Yvonne Orbin St Cyr, to be the account used by the defendant.  The interviewee stated that he or she spoke with the defendant via Facebook messenger at this account in 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that the Yvonne St Cyr violated 18 U.S.C. § 1752(a)(1), which makes it a crime to knowingly enter or remain in any restricted building or grounds without lawful authority to do so, and § 1752(a)(2), which makes it a crime to, *inter alia*, knowingly and with the intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Based on the foregoing, your affiant submits that there is also probable cause to believe that Yvonne St Cyr violated 40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language,

or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent Matthew J. Gano
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of February, 2021.

2021.02.12
14:36:21 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

## CRIMINAL COVERSHEET

| | | |
|---|---|---|
| DEFENDANT'S NAME: | **Yvonne St. Cyr** | JUVENILE: No |
| DEFENSE ATTORNEY: | | |
| Address: | | PUBLIC or SEALED: Public |
| | | SERVICE TYPE: Warrant |
| | | (Summons or Warrant or |
| | | Notice (if Superseding)) |
| Telephone No.: | | ISSUE: Yes |
| INVESTIGATIVE AGENT: | Special Agent Matthew Gano / HSI TFO Andrew Robertson | INTERPRETER: No |
| Telephone No.: | | If YES, language: |
| AGENCY: | Federal Bureau of Investigation – Washington Field Office / SLC Field Office – Boise RA | |

| | |
|---|---|
| CASE INFORMATION:<br>Criminal Complaint and Arrest Warrant Issued by United States Magistrate Judge Zia M. Faruqui on 02/12/21 | RELATED COMPLAINT:<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint or Perfected Citation**

| | | | |
|---|---|---|---|
| Felony: | **No** | County of Offense: | **Washington, D.C.** |
| Class A Misdemeanor: | **Yes (Count 1)** | Estimated Trial Time: | **2 days** |
| Class B or C Misdemeanor: | **Yes (Count 2)** | | |
| (Petty Offense) | | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. Sec. 1752(a)(1)&(2)** | One | **Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $25** |
| **40 U.S.C. Sec. 5104(e)(2)(D) & (G)** | Two | **Violent Entry and Disorderly Conduct on Capitol Grounds** | **Not more than 6 months imprisonment; Not more than a $5,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $10** |

| | | |
|---|---|---|
| Date: | March 4, 2021 | Assistant U.S. Attorneys: **Erik Kenerson, DC USAO /** |
| | | **Heather Patricco / Idaho USAO** |
| | | Telephone No.: **208-334-9121** |

# UNITED STATES MAGISTRATE COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Initial Appearance on a Rule 5 – Criminal Complaint
☒Preliminary Hearing - WAIVED
☒Defendant Waived Rule 5.

**MAGISTRATE JUDGE: Ronald E. Bush**          DATE: March 5, 2021
DEPUTY CLERK/ESR: Jackie Hildebrand          TIME: 1:15 – 1:40 pm via Zoom
                                             Boise, IDAHO

## UNITED STATES OF AMERICA vs. YVONNE ST CYR
### District of Columbia # CR 21-mj-00226
### IDAHO CASE # 21-mj-453-CWD-1

Counsel for: United States (AUSA): Heather Patricco
             Defendant: Miles Pope, Federal Defender
             USPO: Emma Wilkins

☒Defendant placed under oath.  Waived personal appearance for today's proceeding.
☒Defendant appeared in custody on a Criminal Complaint out of the District of Columbia.
☒The Criminal Complaint was reviewed with the defendant by defense counsel, appearing in
   custody on warrant from the District of Columbia.
☒Court provided initial appearance advising of all constitutional rights to Counsel/the charging
   document/Rule 5 proceedings/detention proceedings.
☒Court reviewed and qualified Financial Affidavit, qualified and appointed Counsel.
☒Order entered appointing Federal Defender.
☒**Rule 5** Waived
☒Waived Preliminary Hearing in the District of Idaho
☒Government is not requesting a Detention Hearing at this time.
☒Order Setting Conditions of Release were discussed, as outlined in the pretrial services
   recommendation.  A few minor revisions to the conditions regarding travel.

☒**ORDER:** Defendant can be released after the Order Setting Conditions of Release has been
signed by Judge Bush and defendant.

☒Docketing shall transmit documents to District of Columbia.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:   21-mj-453 |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.:   21-mj-226 |
| | ) | |
| vs. | ) | WAIVER OF RULE 5 & 5.1 |
| | ) | HEARINGS |
| Yvonne St. Cyr | ) | (Complaint or Indictment) |
| | ) | |
| Defendant. | ) | |
| | ) | |

I understand that I have been charged in another district, the (name of the district/court)

U.S. District Court for the District of Columbia
                                                                        .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the Government for detention;

WAIVER OF RULE 5 & 5.1 HEARING                                          PAGE 1

(6)    request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☒    a preliminary hearing.

❑    a detention hearing.

☒    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _3.5.2021_____          Yvonne St. Cyr will confirm on record
                                     _____
                                     Defendant

Date: _3.5.2021_____            /s/ Miles Pope
                                     _____
                                     Attorney's Signature

                                        Miles Pope
                                     _____
                                     Printed Name of Attorney

AO 199A (as modified by the District of Idaho - Rev. 11/20) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the
### District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   0976 1:21-00453M-001 |
| Yvonne  St Cyr | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: _____ as directed. _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

---

DEFENDANT: Yvonne  St Cyr

## ADDITIONAL CONDITIONS OF RELEASE

6.    The defendant must submit to supervision by and report for supervision to Pretrial Services in the District of Idaho, and must maintain weekly contact with Pretrial Services.

7.    The defendant must continue to or actively seek employment.

8.    The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel outside the District of Idaho must be pre-approved by Pretrial Services.

9.    The defendant shall not travel to the District of Columbia unless for Court proceedings in this case or for consultation with counsel presenting her in this case.

10.   The defendant shall not travel outside the continental United States unless approved in advance by the Court.

11.   The defendant must appear for all future Court proceedings as directed.

12.   The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

13.   The defendant must not possess a firearm, destructive device, or other weapon.

14.   The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

15.   The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon ability to pay as determined by the Pretrial Services office or supervising officer.

16.   The defendant must participate in a substance abuse assessment and participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or the supervising officer. The defendant must pay all or part of the cost of the assessment and treatment based upon their ability to pay as determined by the pretrial services officer.

17.   The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

18.   The defendant must maintain her current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

19.   The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

20.   The defendant must adhere to and comply with all federal, state, and local laws, orders, rules, and the like regarding social distancing and self-isolation and protocols regarding COVID-19 including, but not limited to, Idaho's Reopening Plan and the orders of the court.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

---

DEFENDANT:          Yvonne  St Cyr

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

3/5/21   Boise   ID
_____
*City and State*

## Directions to the United States Marshal

( ☒ )   The defendant is ORDERED released after processing.

( ☐ )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   March 5, 2021                          _____
                                                *Judicial Officer's Signature*

                                      Ronald E. Bush, United States Magistrate Judge
                                      _____
                                                *Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

_ AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER RE:  BRADY NOTICE** |
| YVONNE ST CYR, | Case No. **1-21-mj-00453-CWD-1** |
| Defendant. | |

Because of an oversight on the part of the Court, the oral Brady Notice was not given during the Initial Appearance/Rule 5(c)(3) hearing. This order shall serve to provide the Brady Notice. The Government may make its objection, if any, in the same written filing that it has made in other cases.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, the Supreme Court's decision in *Brady v. Maryland*, and all applicable decisions interpreting *Brady*, the government is ordered to disclose to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. The Court's General Order 389, on the same subject, is incorporated into this notice, by this reference.

Dated:  **March 05, 2021**

Honorable Ronald E. Bush
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br>v.<br><br>**YVONNE ST CYR,**<br><br>**Defendant,** | **Case No. 21-mj-00453-CWD**<br>**Charging District's Case No. 1:21-mj-00226**<br><br>**COMMITMENT TO ANOTHER DISTRICT** |

The Defendant has been ordered to appear via video before the United States District Court for the District of Columbia before the Honorable Zia M. Faruqui on March 15, 2021 at 1 p.m. (ET).

The Defendant is requesting court-appointed counsel.

The Defendant appeared in Boise, Idaho for her initial appearance. She elected to waive her right to an identity hearing, and production of the warrant. The Government did not seek detention and the Defendant was released pending further proceedings on conditions.

The Clerk of this District shall promptly transmit the papers to the District of Columbia.

Dated: **March 11, 2021**

Honorable Ronald E. Bush
United States Magistrate Judge

**COMMITMENT TO ANOTHER DISTRICT - 1**

TERMED

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.6 (Boise - Southern)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00453-CWD All Defendants

Case title: USA v. St Cyr                          Date Filed: 03/04/2021

Other court case number:  1:21-mj-00226 U.S. District Court of       Date Terminated: 03/11/2021
                          District of Columbia

Assigned to: Judge Candy W. Dale

**Defendant (1)**

**Yvonne St Cyr**                        represented by   **Idaho Federal Defender**
*TERMINATED: 03/11/2021*                                  Federal Defender Services of Idaho Inc
*also known as*                                           702 West Idaho Street, Suite 1000
Yvonne Orbin St Cyr                                       Boise, ID 83702
*TERMINATED: 03/11/2021*                                  (208) 331-5500
                                                          Email: joy_fish@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **William Miles Pope**
                                                          Federal Defender Services of Idaho
                                                          Trial Unit
                                                          702 West Idaho Street, Ste. 1000
                                                          Boise, ID 83702
                                                          (208) 331-5500
                                                          Email: miles_pope@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Nicole Owens**
                                                          Federal Defender Services of Idaho
                                                          702 West Idaho Street, Suite 1000
                                                          Boise, ID 83646
                                                          208-331-5500
                                                          Email: Nicole_Owens@fd.org
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

**Pending Counts**                                        **Disposition**

None

### Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|

None

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|

None

---

### Plaintiff

**USA**
                                    represented by  **Heather Patricco**
United States Attorney's office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
208-334-1211
Email: Heather.Patricco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2021 | 1 | Rule 5(c)(3) Documents Received from U.S. District Court for the District of Columbia Case No. 1:21-mj-226 as to Yvonne St Cyr (Notice sent to USP & USM) (Attachments: # 1 Arrest Warrant, # 2 Arrest Warrant Page 2, # 3 Sealed Order, # 4 Affidavit in Support of Criminal Complaint)(jd) |
| 03/04/2021 | 2 | DOCKET TEXT NOTICE OF *VIDEO HEARING as to Yvonne St Cyr (Notice sent to USP & USM) Video Initial Appearance - Rule 5(c)(3) set for 3/5/2021 01:15 PM in Video - Boise to Other location (Mountain Time) before Judge Ronald E. Bush..)*Instructions: Counsel to receive video link via separate notification. Members of the public may use the following to attend this matter via Audio ONLY: 1-669-254-5252, Meeting ID:160 712 5953, Meeting Password:097831. Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.(jh) |
| 03/04/2021 | 3 | Criminal Cover Sheet re 1 Rule 5(c)(3) Documents Received, (Attachments: # 1 Service Information Sheet)(jd) |
| 03/05/2021 | 4 | Minute Entry for proceedings held before Judge Ronald E. Bush:Initial Appearance in Rule 5(c)(3) Proceedings as to Yvonne St Cyr held on 3/5/2021 (Notice sent to USP & USM), Preliminary Hearing Waived as to Yvonne St Cyr held on 3/5/2021 (Notice sent to USP) (Court Reporter/ESR jh.) Audio File Location via Zoom. (jh) |
| 03/05/2021 | 5 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Yvonne St Cyr. |

|  |  | On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jh) |
|---|---|---|
| 03/05/2021 | 6 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Yvonne St Cyr. (jd) |
| 03/05/2021 | 7 | CJA 23 Financial Affidavit by Yvonne St Cyr. (jd) |
| 03/05/2021 | 8 | WAIVER of Rule 5(c)(3) Hearing by Yvonne St Cyr (Notice sent to USP & USM) (jd) |
| 03/05/2021 | 9 | ORDER RE: BRADY NOTICE as to Yvonne St Cyr (Notice sent to USM). Signed by Judge Ronald E. Bush. (jd) |
| 03/05/2021 | 10 | ORDER Setting Conditions of Release (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 03/11/2021 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Yvonne St Cyr. Defendant committed to District of District of Columbia Case No. 1:21-mj-226. (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 03/11/2021 | 12 | Notice to U.S. District Court for the District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Yvonne St Cyr. Your case number is: 1:21-mj-226. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (jd) |
| 03/16/2021 | 13 | NOTICE OF ATTORNEY APPEARANCE: William Miles Pope appearing for Yvonne St Cyr (Notice sent to USM) (Pope, William) |
| 03/23/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Nicole Owens appearing for Yvonne St Cyr (Notice sent to USM) (Owens, Nicole) |