Charles Peterson
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,                      )<br>                                                      )<br>    vs.                                           )<br>                                                      )<br> YVONNE ST. CYR,                   )<br>                                                      )<br>            Defendant.                 )<br>_____) | 1:21-mj-00226<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Miles Pope of the Federal Defender Services of Idaho makes an appearance in the above action on behalf of the defendant, YVONNE ST. CYR, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

-2-

Dated: March 16, 2021	CHARLES PETERSON
	FEDERAL PUBLIC DEFENDER
	By:


	/s/ Miles Pope
	Miles Pope
	Federal Defender Services of Idaho
	Attorneys for Defendant
	YVONNE ST. CYR

-3-

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 15th day of April, 2021.

| | |
|---|---|
| Erik Kenerson, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| 555 Fourth Street, NW | ____Hand Delivery |
| Suite 11-449 | ____Facsimile Transmission |
| Washington, DC 20530 | _X_ CM/ECF Filing |
| (202) 252-7201 | ____Email Transmission |
| Erik.Kenerson@usdoj.gov | |

Dated: April 15, 2021            /s/ Joy Fish
                                 Joy Fish