UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   : | |
| : | |
| v.   : | Criminal No. 21-mj-226 |
| : | |
| **YVONNE ST CYR,**   : | |
| : | |
| **Defendant.**   : | |

<u>**ORDER**</u>

Based upon the representations in the United States' Unopposed Motion to Vacate and Continue Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the status conference presently set for May 10, 2021, is VACATED; it is further

ORDERED that the parties shall appear for a status conference on _____, 2021, before Magistrate Judge _____; it is further

ORDERED that the time between today's date and _____, 2021, shall be excluded from calculation under the Speedy Trial Act.  The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter.

_____
UNITED STATES MAGISTRATE JUDGE