UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-mj-226 |
| | : | |
| YVONNE ST CYR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Parties' Joint Motion to Vacate Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the status conference presently set for November 5, 2021 be continued to December 3, 2021 at 3 p.m. before Magistrate Judge Faruqui; and it is further

**ORDERED** that the time between November 5, 2021 and December 3, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial given the delays in scheduling criminal trials that are attributable to the COVID-19 pandemic.

Robin M. Meriweather
2021.11.05
15:12:35 -04'00'

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE