**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-mj-226** |
| | **:** | |
| **YVONNE ST CYR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Based upon the representations in the Parties' Joint Motion to Vacate Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the status conference presently set for December 3, 2021, is VACATED; it is further

ORDERED that the parties shall appear for a status conference on _____, _____, before Magistrate Judge _____; it is further

ORDERED that the time between today's date and _____, _____, shall be excluded from calculation under the Speedy Trial Act.  The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, given the voluminous nature of discovery, which is ongoing in this case.

_____
UNITED STATES MAGISTRATE JUDGE