UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-mj-226 |
| : | |
| YVONNE ST CYR, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Parties' Joint Motion to Vacate Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on January 18, 2022 be continued for good cause to March 3, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between January 18, 2022 and March 3, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review the voluminous discovery in this case.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

G. Michael Harvey
2022.01.18
09:28:03 -05'00'