# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-MJ-226 |
| : | |
| **YVONNE ST CYR,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, counsel for Yvonne St Cyr ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for March 3, 2022, for a period of approximately 60 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a criminal complaint with several offenses, including: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code,  § 5104(e)(2)(G) (ECF No. 1).

2. The government continues to provide voluminous discovery to the defense (ECF Nos. 27 and 28).

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the March 3, 2022, Status Conference be continued for approximately 60 days, to a date that is convenient for the Court, and that there is an exclusion of time under the Speedy Trial Act from March 3, 2022, through the next scheduled Status Conference.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

   /s/
William Miles Pope
FEDERAL DEFENDER SERVICES
Counsel for Yvonne St Cry
702 West Idaho Street
Suite 1000
Boise, ID 83702
miles_pope@fd.org

2