**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-mj-226** |
| **v.** | **:** | |
| | **:** | |
| **YVONNE ST CYR** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and he does not oppose this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     *Jacqueline Schesnol*
        JACQUELINE SCHESNOL
        AZ Bar No. 016742
        Trial Attorney
        Capitol Riot Detailee
        Two Renaissance Square
        40 N. Central Ave., Suite 1800
        Phoenix, AZ 85004-4449
        (602) 514-7500
        jacqueline.schesnol@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-mj-226** |
| **v.** | **:** | |
| | **:** | |
| **YVONNE ST CYR** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal

Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to

the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above

to any co-defendants who may later be joined.


Date: _____        _____
                                 U.S. MAGISTRATE JUDGE