UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-mj-226 |
| v. : | |
| : | |
| YVONNE ST CYR, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on May 2, 2022, be continued for good cause to _____ at a.m./p.m.; and it is further

**ORDERED** that the time between May 2, 2022 and _____, 2022, will be excluded from the calculation under the Speedy Trial Act, *see* to 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution and the parties additional time to review discovery.

_____
**THE HONORABLE ROBIN M. MERIWEATHER**
**UNITED STATES MAGISTRATE JUDGE**