Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YVONNE ST. CYR, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | 1:22-cr-00185-JDB<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF CO-COUNSEL |

PLEASE TAKE NOTICE that Nicole Owens of the Federal Defender Services of Idaho, hereby makes an appearance and associates in as co-counsel in the above action on behalf of the defendant, YVONNE ST. CYR, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Notice of Appearance and Assignment of Counsel            -1-

-2-

Dated: October 19, 2022　　　　　　　NICOLE OWENS
　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　　　/s/ Nicole Owens
　　　　　　　　　　　　　　　　　　Nicole Owens
　　　　　　　　　　　　　　　　　　Federal Defender Services of Idaho
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　YVONNE ST. CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 19th day of October, 2022.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                          ____United States Mail
Two Renaissance Square                         ____Hand Delivery
40 N. Central Ave., Suite 1800                 ____Facsimile Transmission
Phoenix, AZ 85004-4449                         _X_ CM/ECF Filing
(602) 514-7500                                 ____Email Transmission
jacqueline.schesnol@usdoj.gov

Dated: October 19, 2022         /s/ Joy Fish
                                Joy Fish