Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>YVONNE ST CYR,  )<br>  )<br>  Defendant.  )<br>_____ ) | 1:22-cr-00185-JDB<br><br>UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE |

YVONNE ST CYR, by and through her attorney of record, Nicole Owens, for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue her status conference, currently scheduled for October 24, 2022, for a period of approximately 30 days, and to exclude the intervening time under the Speedy trial Act. This Motion is based on the attached affidavit of counsel and is unopposed by the government.

Unopposed Motion to Continue Status Conference    -1-

Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: October 19, 2022

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE, was served on all parties named below on this 19th day of October, 2022.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                           ____United States Mail
Two Renaissance Square                          ____Hand Delivery
40 N. Central Ave., Suite 1800                  ____Facsimile Transmission
Phoenix, AZ 85004-4449                          _X_ CM/ECF Filing
(602) 514-7500                                  ____Email Transmission
jacqueline.schesnol@usdoj.gov

Dated: October 19, 2022         /s/ Joy Fish
                                Joy Fish