Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YVONNE ST CYR, ) <br> ) <br> Defendant. ) <br> ) | 1:22-cr-185-JDB <br><br> Affidavit In Support Of Unopposed Motion To Continue Status Conference |

Nicole Owens, being first duly sworn upon oath, deposes and says:

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. That our office has been appointed by the Court to represent Yvonne St Cyr in this matter and a status conference is currently set for October 24, 2022.

3. Additional time is needed to complete the review of the voluminous discovery in this case and to meet with Ms. St Cyr to discuss whether to accept the plea agreement offered by the Government or to proceed to trial. Moreover, the defense investigation is not yet complete. A continuance is therefore necessary to ensure that Yvonne St Cyr receives thorough and effective assistance of counsel.

4. In connection with this request, I contacted counsel for the government, Assistant United States Attorney Jacqueline Schesnol, who advised that the government has no objection to the request for a continuance.

5. I certify that this motion is brought in good faith and not for any purpose of improper delay. I believe additional time is necessary to ensure that Ms. St Cyr receives thorough and effective assistance of counsel. This is the third request for a continuance. Ms. St Cyr understands her rights under the Speedy Trial Act, and she waives the same with respect to any continuance granted by this Court in response to this motion. Furthermore, Ms. St Cyr understands that any continuance granted will constitute excludable time under the Speedy Trial Act.

Accordingly, Ms. St Cyr respectfully requests the October 24, 2022 status conference be continued for approximately thirty (30) days and that there is an exclusion of time under the Speedy Trial Act from October 24, 2022 through the next scheduled hearing date.

Dated: October 19, 2022

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

<u>/s/ Nicole Owens</u>
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR