UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-CR-185 (JDB) |
| | : | |
| **YVONNE ST CYR,** | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Eric Boylan is entering his appearance in this matter on behalf of the United States.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:    /s/ *Eric W. Boylan*
           ERIC W. BOYLAN
           Assistant United States Attorney
           Texas Bar No. 24105519
           601 D Street N.W.
           Washington D.C. 20001
           (202) 815-8608
           eric.boylan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2023, I served a copy of this pleading on all parties to this matter as indicated in the Court's electronic case files system.

/s/ *Eric W. Boylan*
ERIC W. BOYLAN
Assistant United States Attorney