Nicole Owens
FEDERAL PUBLIC DEFENDER
Heidi Johnson
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-185-JDB |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBSTITUTION |
| | ) | AND REASSIGNMENT OF |
| vs. | ) | COUNSEL |
| | ) | |
| YVONNE ST. CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Heidi Johnson of the Federal Defender Services of Idaho, is hereby reassigned this matter, substituting in place of Miles Pope, and therefore makes an appearance in the above action on behalf of the defendant, YVONNE ST. CYR, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney at the above address or electronically at Heidi_Johnson@fd.org.

-2-

Dated: January 18, 2023						NICOLE OWENS
										FEDERAL PUBLIC DEFENDER
										By:


										/s/ Heidi Johnson
										Heidi Johnson
										Assistant Federal Defender
										Federal Defender Services of Idaho
										Attorneys for Defendant
										YVONNE ST. CYR

-3-

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on the government via CM/EFC filing on this 18th day of January, 2023.

Dated: January 18, 2023        /s/ Joy Fish
                                                    Joy Fish