# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 22-CR-185 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **YVONNE ST CYR,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

**Count One:** Civil Disorder
18 U.S.C. § 231(a)(3)

_____                    _____
Guilty                                                     Not Guilty

**Count Two:** Civil Disorder
18 U.S.C. § 231(a)(3)

_____                    _____
Guilty                                                     Not Guilty

**Count Three:** Entering or Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

_____                    _____
Guilty                                                     Not Guilty

**Count Four:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

_____                    _____
Guilty                                                     Not Guilty

**Count Five:**   Disorderly Conduct in a Capitol Building
               40 U.S.C. § 5104(e)(2)(D)

_____                    _____
Guilty                              Not Guilty


**Count Six:**   Parading, Picketing, or Demonstrating in a Capitol Building
              40 U.S.C. § 5104(e)(2)(G)

_____                    _____
Guilty                              Not Guilty


Date:        March ____, 2023          _____
                                        Signature of Foreperson