Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S PROPOSED |
| | ) | JURY INSTRUCTIONS |
| vs. | ) | |
| | ) | |
| YVONNE ST CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENSE PROPOSED JURY INSTRUCTIONS**[1]

Ms. St Cyr, through counsel, respectfully moves this Court to permit these jury instructions to be filed in the above case.

---

[1] The Defendant inadvertently neglected to include the definition of "Capitol Buildings" in Proposed Instruction 6. It is included in this modified submission.

Proposed Jury Instructions          -1-

DEFENSE PROPOSED INSTRUCTION NO. 6

**Elements of Count Six- 40 U.S.C. §5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building**

Count Six of the Indictment charges the defendant with Parading, Demonstrating, or Picketing in a Capitol Building.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant was inside the United States Capitol Building;
2. Second, that the defendant paraded, demonstrated, or picketed; and
3. Third, that the defendant acted willfully and knowingly.[2]

<u>Definitions</u>

The terms "parade" and "picket" have the ordinary meanings of what amounts to parading and picketing. The term "demonstrate" refers to conduct that would disrupt the orderly business of Congress by, for example, impeding or obstructing passageways, hearings, or meetings, but does not include activities such as quiet praying.[3]

The term "willfully" has the same meaning described in the instructions for Count One defining "willfully."

The term "Knowingly" shall have the same meaning as that described in the instructions for Count One.

"Capitol Buildings" means the United States Capitol, the Senate and House

---

[2] *Thompson*, ECF No. 83 at 39.
[3] *Id*.

Proposed Jury Instructions              -2-

Office Buildings and garages, the Capitol Power Plant, the Administrative Building of the United States Botanic Garden, the Library of Congress Buildings and Grounds, all subways and enclosed passages connecting two or more of those structures, and the real property underlying and enclosed by any of those structures.[4]

---

[4] 40 U.S.C. § 5101.

Dated: March 1, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Nicole Owens
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

Proposed Jury Instructions                -4-

-5-

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 1st day of March, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                             ____United States Mail
Two Renaissance Square                            ____Hand Delivery
40 N. Central Ave., Suite 1800                    ____Facsimile Transmission
Phoenix, AZ 85004-4449                            _X_ CM/ECF Filing
(602) 514-7500                                    ____Email Transmission
jacqueline.schesnol@usdoj.gov


Dated: March 1, 2023                /s/ Joy Fish
                                    Joy Fish