Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE ST CYR,<br><br>Defendant. | 1:22-cr-00185-JDB<br><br>DEFENDANT'S PROPOSED JURY INSTRUCTIONS |

**DEFENSE PROPOSED JURY INSTRUCTIONS**[1]

Ms. St Cyr, through counsel, respectfully moves this Court to permit these jury instructions to be filed in the above case.

[1] The Defendant inadvertently neglected to include the definition of "Good Faith Belief" in Proposed Instruction 3. It is included in this modified submission.

**DEFENSE PROPOSED INSTRUCTION No. 3**

**Elements of Count Two- 18 U.S.C. §1752(a)(1)-Entering and Remaining in a Restricted Building or Grounds**

Count Three of the Indictment charges the defendant with entering or remaining in a restricted building or grounds.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant entered or remained in a restricted building or grounds without lawful authority to do so;

2. Second, that the defendant did so knowingly, meaning he knew that the building or grounds was restricted and he knew he lacked lawful authority to enter or remain there.[2]

Definitions

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President, and the immediate family of the Vice President.[3]

The term "knowingly" shall have the same meaning as that described in the instructions for Count One.

A person who enters or remains in a restricted area with a good faith belief that she is entering or remaining with lawful authority is not guilty of this offense.

---

[2] *Reffitt*, ECF No. 119 at 30.

[3] *United States v. Dustin Thompson*, 21-cr-161 (RBW), Final Jury Instructions, ECF No. 83 at 31.

Thus, you cannot find Ms. St Cyr guilty of Count Three unless you are convinced beyond a reasonable doubt that she did not have a good faith belief of her lawful authority to enter or remain in the restricted building.[4]

[4] No. 21-cr-204 (BAH), ECF No. 215 (D.D.C. July 21, 2022) (where defendant testified that he believed he was permitted in the restricted area, jury instruction provided that read: "A person who enters a restricted area with a good faith belief that he is entering with lawful authority is not guilty of an offense").; cf. *Darab v. United States*, 623 A.2d 127, 136 (D.C. 1993) (acknowledging that defendant would be entitled to a good-faith instruction where the existence of a defendant's "bona fide belief in his or her right to enter" is "genuinely questionable".

Dated: March 3, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Nicole Owens
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 3rd day of March, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

____United States Mail
____Hand Delivery
____Facsimile Transmission
_X_ CM/ECF Filing
____Email Transmission

Dated: March 3, 2023

/s/ Joy Fish
Joy Fish