# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | Defendant's Exhibit List |
| vs. | ) | |
| | ) | |
| YVONNE ST CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S EXHIBIT LIST[1]**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Trump Tweet December 18, 2020 | | | | |
| 2 | Trump Tweet December 30, 2020 | | | | |
| 3 | Trump Tweet January 1, 2021 | | | | |
| 4 | Trump Tweet January 5, 2021 | | | | |
| 5 | Trump Tweet January 6, 2021 at 6:17 a.m. | | | | |
| 6 | Trump Tweet January 6, 2021 at 9:15 a.m. | | | | |
| 7 | Map of Walk to the Capitol | | | | |
| 8 | Clips of Trump Speech at "Save America Rally" | | | | |
| 9 | District of Columbia Register Publication Authority and Certification | | | | |
| 10 | Washington DC Mayor's Order 2020-052 March 23, 2020 | | | | |

[1] Counsel will notify the government and the Court if the defense intends on using any additional exhibits.

| | | | | | |
|---|---|---|---|---|---|
| 11 | Washington DC Mayor's Order 2021-002 January 6, 2021 | | | | |
| 12 | Trailer Clip for Documentary "Fed Up" | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Ms. St Cyr further reserves the right to use any of the government's previously disclosed exhibits.

Defendant's Exhibit List Page **2**