Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-cr-00185-JDB |
| Plaintiff, | RESPONSE TO GOVERNMENTS MOTION IN LIMINE REGARDING PUBLIC-AUTHORITY OR ENTRAPMENT-BY-ESTOPPEL DEFENSES |
| vs. | |
| YVONNE ST CYR, | |
| Defendant. | |

Ms. St Cyr hereby replies to the government's Motion in Limine to exclude arguments and evidence that she could lawfully have entered the Capitol Building on January 6, 2021. ECF No. 75. Ms. St Cyr generally agrees with the government's motion; she does not expect to argue that she was entrapped, or that she was acting as an agent of former President Trump with actual lawful authority to enter the Capitol, or that circumstances outside her knowledge could bear on her mental state. Her proposed exhibits are not intended to support an affirmative defense which is why she did not assert an affirmative defense pre-trial.

-1-

However, the government's argument that "this Court should reject St Cyr's apparent attempt to deflect responsibility" is entirely misplaced. *Id.* The very purpose of trial is for the government to prove its case, beyond a reasonable doubt – including that Ms. St Cyr had the required mental state to commit the crime. Ms. St Cyr is presumed innocent and her assertion of that presumption is not an "attempt to deflect responsibility." It is her sacred right.

An affirmative defense is not the only vehicle for a defendant to challenge the government's theory of the case. A defense asserting the government cannot prove each of the elements of a charge, including mental state, is a permissible trial tactic. Ms. St Cyr has been charged by Superseding Indictment with six criminal counts. ECF No. 37. Counts One and Two alone require proof that Ms. St Cyr (1) knowingly entered or remained in a restricted building or grounds; (2) knew the building or grounds was restricted; (3) lacked lawful authority to enter or remain there; and (4) knew she lacked lawful authority. 18 U.S.C. § 1752(a)(1). All evidence that tends to show or negate any element, including the element of knowledge, is relevant. Fed. R. Evid. 401.

Unlike public authority and entrapment-by-estoppel, which are affirmative defenses, an innocent intent theory is a "defense strategy aimed at negating the mens rea for the crime." *United States v. Alvarado*, 808 F.3d 474, 486 (11th Cir. 2015). Under this theory, Ms. St Cyr is entitled to argue her lack of mens rea as a means to persuade the jury that the government has not met its burden of proving criminal intent. *Id.* Prohibiting Ms. St Cyr from presenting evidence that supports her lack of

intent would impermissibly relieve the government of its responsibility to prove its case.

Ms. St Cyr has a constitutional right to present a defense to the government's allegations. *See Chambers v. Mississippi,* 410 U.S. 284 (1973). The right to present a defense is in plain terms "the right to present the defendant's version of the facts as well as the prosecution's version to the jury so that it may decide where the truth lies." *Washington v. Texas*, 388 U.S. 14 (1967). Ms. St Cyr is entitled to present evidence that supports her theory of the defense – including innocent intent.

## Conclusion

For the above reasons, the Court should reject the government's attempt to prevent Ms. St Cyr from presenting evidence in support of her defense at trial.

Dated: March 3, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Nicole Owens
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

-4-

CERTIFICATE OF SERVICE

      I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 3rd day of March, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                                             ____United States Mail
Two Renaissance Square                              ____Hand Delivery
40 N. Central Ave., Suite 1800                  ____Facsimile Transmission
Phoenix, AZ 85004-4449                              _X_ CM/ECF Filing
(602) 514-7500                                                    ____Email Transmission
jacqueline.schesnol@usdoj.gov

Dated: March 3, 2023                 /s/ Joy Fish
                                               Joy Fish