Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:   (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | SUR-REPLY TO GOVERNMENTS |
| | ) | MOTION IN LIMINE REGARDING |
| vs. | ) | PUBLIC-AUTHORITY OR |
| | ) | ENTRAPMENT-BY-ESTOPPEL |
| YVONNE ST CYR, | ) | DEFENSES |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Ms. St Cyr has a right to hold the government to its burden of proof and a right to present evidence in her defense.  The Due Process Clause of the Fifth Amendment and the Sixth Amendment to the Constitution guarantees a criminal defendant the right to present a defense.  *See United States v. Almonte,* 956 F.2d 27, 30 (2d Cir.1992) "Few rights are more fundamental than that of an accused to present witnesses in his own defense." *Chambers v. Mississippi*, 410 U.S. 284 (1973). In holding the government to its burden, Ms. St Cyr has an absolute right to contest the

charged elements of the offense – including her *intent* on January 6, 2021. *United States v. Sheehan*, 512 F.3d 621, 632 (D.C. Cir. 2008).

The government argues that this Court should exercise its gatekeeping function and require Ms. St Cyr to preview her evidence before she can make argument or lay foundation for its admission.  ECF No. 77.  The Court should decline this invitation.   In making this argument the government cites *United States v. Graham*, 663 F. App'x 622 (10th Cir. 2016).    However, that case is easily distinguishable from the issue here.  The defendant in *Graham* asserted a duress defense –  which required the Court make a threshold finding by a preponderance of the evidence – before the instruction could be given.  *Id*. That is not the posture here because Ms. St Cyr is not asserting an affirmative defense and there is no threshold finding required beyond the rules of evidence.

As previously stated, Ms. St Cyr is not asserting an affirmative defense.  She understands the "bailiwick of permissible arguments" and does not intend to present inadmissible or irrelevant evidence.  She is familiar with this Courts previous rulings on entrapment by estoppel and permissive authority and does not intend to violate them. *United States v. Sheppard*, No. CR 21-203 (JDB), 2022 WL 17978837, (D.D.C. Dec. 28, 2022).  She is not arguing that she had been misled about the state of the law or was actually relying on government agents' statements about the law.

However, she does intend to hold the government to its burden and require they prove every element of the charged offenses – including her intent.  She also intends to present relevant evidence about why she was in Washington DC on

January 6th, what her intent was for going to the Capitol, and why she believed the election had been fraudulent.  All these things give context to her actions on January 6th because "intent or knowledge ordinarily cannot be proved directly because there is no way of knowing what a person is actually thinking, but you may infer someone's intent or knowledge from the surrounding circumstances." Redbook 3.101, Proof of State of Mind; ECF No. 60, Governments Proposed Jury Instructions.

Ms. St Cyr did not just happen to find herself in Washington DC on January 6th.  Her state of mind and purpose for being at the Capitol are directly at issue in this case.  The Court should not require Ms. St Cyr to proffer a defense and provide advance notice to the government of her specific trial tactics.  The Court should not have to micromanage this case and continue to have mini hearings on every possible issue. Instead, the Court should rule on issues as they arise in trial and should allow Ms. St Cyr to present evidence in her defense directly relevant to her intent and to hold the government to its burden to prove her guilty beyond a reasonable doubt on all the elements of the offense.

Dated: March 4, 2023
                         Respectfully submitted,
                         NICOLE OWENS
                         FEDERAL PUBLIC DEFENDER
                         By:

                         /s/ Nicole Owens
                         Nicole Owens
                         Federal Defender Services of Idaho
                         Attorneys for Defendant
                         YVONNE ST CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 4th day of March, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                          ____United States Mail
Two Renaissance Square                      ____Hand Delivery
40 N. Central Ave., Suite 1800              ____Facsimile Transmission
Phoenix, AZ 85004-4449                      _X_ CM/ECF Filing
(602) 514-7500                              ____Email Transmission
jacqueline.schesnol@usdoj.gov


Dated: March 4, 2023              /s/ Joy Fish
                                  Joy Fish