|              | UNITED STATES OF AMERICA |              |
|--------------|--------------------------|--------------|
| Government ☐ | VS.                      | Civil/Criminal No. __22-cr-185-JDB__ |
| Plaintiff ☐  |                          |              |
| Defendant ☐  | YVONNE ST CYR            |              |
| Joint ☐      |                          |              |
| **Court** ☐  |                          |              |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *Stipulations* | | | | |
| 101 | Capitol | | | | |
| 102 | CCTV | | | | |
| 103 | MPD BWC | | | | |
| 104 | Safeway | | | | |
| 105 | Official Duties | | | | |
| 106 | Authentic Video | | | | |
| 107 | Facebook and Google | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 201 | Drawing of Capitol Building and Grounds | | | | |
| 201.1 | Drawing of Capitol Building First Floor | | | | |
| 201.2 | Drawing of Tunnel Entrance and Windows | | | | |
| 202 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | |
| 203 | Aerial Photo of the Capitol Building and Grounds | | | | |
| 204 | Map of Restricted Perimeter | | | | |
| 205 | 3D Capitol Building | | | | |
| 206 | 3D of West Front | | | | |
| 207 | Area Closed Sign, Bike Rack Breach | | | | |
| 208 | Bike Rack, Snow Fencing, Area Closed Signs | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 209 | Close Up, Bike Rack and Area Closed Sign | | | | |
| 210 | Area Closed Sign, West Front | | | | |
| 211 | Road Barricades | | | | |
| 212 | Peace Circle, Area Closed Sign | | | | |
| 213 | Placeholder | | | | |
| 214 | Placeholder | | | | |
| 215 | Placeholder | | | | |
| 216 | Placeholder | | | | |
| 217 | Placeholder | | | | |
| 218 | Actual Area Closed Sign (physical sign) | | | | |
| 300 Series | *Secret Service Exhibits* | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |
| 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | | |
| 304 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |
| 305 | Placeholder for Additional Exhibits | | | | |
| 306 | Placeholder for Additional Exhibits | | | | |
| 400 Series | *U.S. Capitol CCTV Footage* | | | | |
| 401 | CCTV Time Lapse Video (rooftop camera) | | | | |
| 401.1 | CCTV Time Lapse Video (rooftop camera) – still 1 | | | | |
| 401.2 | CCTV Time Lapse Video (rooftop camera) – still 2 | | | | |
| 402 | CCTV Camera 0944, 2:10 - 2:30 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402.1 | CCTV Camera 0944 – zoomed | | | | |
| 402.2 | CCTV Camera 0944 – zoomed with yellow and green circles | | | | |
| 402.3 | CCTV Camera 0944 – zoomed with yellow circle | | | | |
| 403 | CCTV Camera 0945, 2:28 | | | | |
| 403.1 | CCTV Camera 0945, 2:28 – with yellow circle | | | | |
| 403.2 | CCTV Camera 0945, 2:28 - still | | | | |
| 404 | CCTV Camera 0074, 2:30 – 2:50 | | | | |
| 404.1 | CCTV Camera 0074, clip 2:39 - 2:42:30 | | | | |
| 404.2 | CCTV Camera 0074, clip 2:39 - 2:42:30, with yellow circle | | | | |
| 404.3 | Still from 404.2 | | | | |
| 404.4 | CCTV Camera 0074 – with yellow circle | | | | |
| 405 | CCTV Camera 0074, 2:50 – 3:30 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 405.1 | CCTV Camera 0074 – clip 2:56-3:19 | | | | |
| 405.2 | CCTV Camera 0074 – still | | | | |
| 405.3 | CCTV Camera 0074 – still (2) | | | | |
| 405.4 | CCTV Camera 0074 – clip, ~3:19 | | | | |
| 405.5 | CCTV Camera 0074 – Still - on ledge with yellow circle ~2:56 | | | | |
| 405.6 | CCTV Camera 0074 – clip, ~3:19 – with yellow circle | | | | |
| 405.7 | Still from 405.6 | | | | |
| 406 | CCTV Camera 0075, 2:40 – 2:56 | | | | |
| 500 Series | ***Business Records And Certifications of Authenticity*** | | | | |
| 501 | Safeway Certificate of Authentication | | | | |
| 502 | Email re: Early Closure of DC Safeway Stores | | | | |
| 503 | Mid-Atlantic Sales Report | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 504 | Pennsylvania Shipment | | | | |
| 505 | Placeholder for Additional Exhibits | | | | |
| 600 Series | *Open Source Video/Photographs* | | | | |
| 601 | March to Capitol Video | | | | |
| 602 | Peace Circle Video | | | | |
| 602.1 | Peace Circle Video - Still | | | | |
| 603 | Pushing on Barricades Photo | | | | |
| 604 | Open Source West Plaza Standing | | | | |
| 604.1 | Open Source West Plaza Standing – Still | | | | |
| 605 | Open Source West Plaza Breakthrough | | | | |
| 605.1 | Open Source West Plaza Breakthrough – Still | | | | |
| 606 | Open Source – West Plaza breakthrough | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 606.1 | Open Source – West Plaza breakthrough – Still 1 | | | | |
| 606.2 | Open Source – West Plaza breakthrough – Still 2 | | | | |
| 607 | Open Source West Plaza Breakthrough2 | | | | |
| 607.1 | Open Source West Plaza Breakthrough2 – with yellow circle | | | | |
| 608 | Talking to Another Video | | | | |
| 608.1 | Talking to Another Video – with yellow circle | | | | |
| 609 | Breakthrough from Above | | | | |
| 609.1 | Breakthrough from Above – with yellow circle | | | | |
| 609.2 | Breakthrough from Above - still | | | | |
| 610 | St Cyr Upstairs to Tunnel | | | | |
| 610.1 | St Cyr Upstairs to Tunnel – yellow circle | | | | |
| 611 | Top of Tunnel Stairs | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 612 | 3D GoPro Video | | | | |
| 613 | St Cyr Pushed Out of Tunnel | | | | |
| 614 | Leaving Tunnel the First Time | | | | |
| 614.1 | Leaving Tunnel the First Time – with yellow circle | | | | |
| 615 | Leaning Out of ST-2M Window With Phone | | | | |
| 615.1 | Leaning Out of ST-2M Window With Phone - still | | | | |
| 616 | Standing in ST-2M Window | | | | |
| 616.1 | Standing in ST-2M Window-still | | | | |
| 617 | In ST-2M Window | | | | |
| 617.1 | In ST-2M Window - still | | | | |
| 618 | ST-2M Window Being Broken | | | | |
| 618.1 | ST-2M Window Being Broken - still | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 619 | Walking Away from Capitol | | | | |
| 619.1 | Walking Away from Capitol - still | | | | |
| 620 | Gina Video in Tunnel | | | | |
| 621 | Gina Video in ST2M | | | | |
| 700 Series | ***Body Worn Camera (BWC) Footage*** | | | | |
| 701 | BWC footage of MPD Officer Arroyo | | | | |
| 701.1 | Still from 701 | | | | |
| 701.2 | Still from 701 | | | | |
| 701.3 | Still from 701 | | | | |
| 701.4 | Still from 701 | | | | |
| 702 | BWC footage of MPD Officer Bogner – (2:40pm -2:42 pm) | | | | |
| 702.1 | BWC footage of MPD Officer Bogner (2:58 pm -3:04pm) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 703 | BWC footage of MPD Officer Dowling – clip – on ledge | | | | |
| 703.1 | BWC footage of MPD Officer Dowling – still 1 | | | | |
| 703.2 | BWC footage of MPD Officer Dowling – still 2 | | | | |
| 703.3 | BWC footage of MPD Officer Dowling – still 3 | | | | |
| 703.4 | BWC footage of MPD Officer Dowling – still 4 | | | | |
| 703.5 | BWC footage of MPD Officer Dowling – still 5 | | | | |
| 703.6 | BWC footage of MPD Officer Dowling – still 6 | | | | |
| 703.7 | BWC footage of MPD Officer Dowling – still 7 | | | | |
| 703.8 | BWC footage of MPD Officer Dowling – still 8 | | | | |
| 703.9 | BWC footage of MPD Officer Dowling – still 9 | | | | |
| 703.10 | BWC footage of MPD Officer Dowling – still 10 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 703.11 | BWC footage of MPD Officer Dowling – clip | | | | |
| 703.12 | BWC footage of MPD Officer Dowling – clip – Double doors | | | | |
| 703.13 | BWC footage of MPD Officer Dowling – clip | | | | |
| 704 | BWC footage of MPD Officer Duckett | | | | |
| 705 | BWC footage of MPD Officer Farley | | | | |
| 705.1 | BWC footage of MPD Officer Farley – still 1 | | | | |
| 705.2 | BWC footage of MPD Officer Farley – still 2 | | | | |
| 706 | BWC footage of MPD Officer Hodges | | | | |
| 706.1 | BWC footage of MPD Officer Hodges – still | | | | |
| 707 | BWC footage of MPD Officer Mastony | | | | |
| 707.1 | BWC footage of MPD Officer Mastony - clip | | | | |
| 707.2 | BWC footage of MPD Officer Mastony – still 1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 707.3 | BWC footage of MPD Officer Mastony – still 2 | | | | |
| 708 | BWC footage of MPD Officer Park | | | | |
| 708.1 | BWC footage of MPD Officer Park – still 1 | | | | |
| 708.2 | BWC footage of MPD Officer Park – still 2 | | | | |
| 708.3 | BWC footage of MPD Officer Park – still 3 | | | | |
| 708.4 | BWC footage of MPD Officer Park – clip | | | | |
| 708.5 | BWC footage of MPD Officer Park – clip with text | | | | |
| 709 | BWC footage of MPD Officer Pitt | | | | |
| 710 | BWC footage of MPD Officer Riley | | | | |
| 711 | BWC footage of MPD Officer Spooner | | | | |
| 712 | BWC footage of MPD Officer Wilhoit | | | | |
| 712.1 | BWC footage of MPD Officer Wilhoit – yellow circle | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 712.2 | Still from 712 | | | | |
| 713 | BWC footage of MPD Officer Wilson | | | | |
| 714 | BWC footage of MPD Officer Yakub – clip 1 | | | | |
| 714.1 | BWC footage of MPD Officer Yakub – clip 2 | | | | |
| 714.2 | BWC footage of MPD Officer Yakub – still 1 | | | | |
| 714.3 | BWC footage of MPD Officer Yakub – still 2 | | | | |
| 800 Series | *Defendant's Images and Videos* | | | | |
| 801 | Trump Speech on Ellipse | | | | |
| 802 | March to Capitol, On West Plaza, Breakthrough (1:20 Long video) | | | | |
| 802.1 | West Plaza - still | | | | |
| 803 | Video in Tunnel | | | | |
| 803.1 | Video in Tunnel – clip with text | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804 | Inside ST-2M (1) | | | | |
| 805 | Inside ST-2M (2) | | | | |
| 806 | Screenshot from Facebook Live (1) | | | | |
| 807 | Screenshot from Facebook Live (2) | | | | |
| 808 | Video of Tear Gas, Leaving | | | | |
| 809 | Trump Take America Back Image | | | | |
| 810 | Mad Max Image | | | | |
| 811 | Text Message, WLS Sisters (1) | | | | |
| 812 | Text Message, WLS Sisters (2) | | | | |
| 813 | Text Message, WLS Sisters (3) | | | | |
| 814 | Text Message, WLS Sisters (4) | | | | |
| 815 | Text Message, WLS Sisters (5) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 816 | Text Message, WLS Sisters (6) | | | | |
| 817 | Facebook Live Post | | | | |
| 900 Series | ***Multi Platform Video, Audio, and Photos from USCP, MPD, BWC, and Open Source*** | | | | |
| 901 | Compilation video with radio runs | | | | |
| 902 | Side by Side – Breakthrough (CCTV 0945 / Open Source) | | | | |
| 903 | Side by Side – Tunnel (1) (CCTV 0074 / BWC) | | | | |
| 903.1 | Side by Side – Tunnel (1) (CCTV 0074 / BWC) – with yellow circle | | | | |
| 903.2 | Still from 903.1 | | | | |
| 904 | Side by Side – Tunnel (2) (CCTV 0075 / BWC) | | | | |
| 905 | Side by Side – Tunnel Ledge (CCTV 0074 / BWC) | | | | |
| 905.1 | Side by Side – Tunnel Ledge (CCTV 0074 / BWC) – with yellow circle | | | | |
| 905.2 | Side by Side – Tunnel Ledge (CCTV 0074 / BWC) – with yellow circle and text | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 906 | Side by Side – CCTV and cell phone video | | | | |
| 906.1 | Side by Side – CCTV and cell phone video – with text | | | | |
| 907 | Side by side – CCTV and open source, approaching tunnel | | | | |
| 908 | Multiple videos | | | | |
| 909 | Placeholder for Additional Exhibits | | | | |
| 1000 Series | *Defendant's Interviews (custodial local news, CNN)* | | | | |
| 1001 | Custodial Interview | | | | |
| 1002 | Local News Interview | | | | |
| 1003 | CNN Interview (1) | | | | |
| 1004 | CNN Interview (2) | | | | |
| 1005 | Diamond and Silk Interview | | | | |
| 1006 | Placeholder for Additional Exhibits | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1007 | Placeholder for Additional Exhibits | | | | |