# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Criminal Action 22-185 (JDB)

YVONNE ST. CYR

       Defendant

## Jury Note

We have reached verdicts on All 6 counts

DATE 3/10/23

TIME 432 pm

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 22-185  (JDB)

YVONNE ST. CYR

                Defendant

## Jury Note

We would like to get a transcript of the defendant's testimony

DATE  
3/10/2023 - 2³³  
TIME

FOREPERSON