UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YVONNE ST. CYR,<br>Defendant. | Criminal Action No. 22-185 (JDB) |

### RESPONSE TO JURY NOTE

The jury has submitted a note making the following request:

We would like to get a transcript of the defendant's testimony.

The answer to this request is:

Transcripts are not prepared contemporaneously and are not available to the jury during deliberations. The jury should rely on its recollections of all the testimony.

Date: 3/10/23

Time: 3:00 pm

JOHN D. BATES
United States District Judge