**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YVONNE ST. CYR,**<br>    **Defendant.** | **Criminal Action No. 22-185 (JDB)** |

**VERDICT FORM**

1. With respect to the offense of civil disorder in violation of 18 U.S.C. §§ 231(a)(3) and 2, related to events on the West Plaza of the United States Capitol, we find the defendant Yvonne St. Cyr

   _____ Not Guilty   \_\_\_✓_____ Guilty

2. With respect to the offense of civil disorder in violation of 18 U.S.C. §§ 231(a)(3) and 2, related to events in the Lower West Terrace tunnel, we find the defendant Yvonne St. Cyr

   _____ Not Guilty   \_\_\_✓_____ Guilty

3. With respect to the offense of entering or remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1), we find the defendant Yvonne St. Cyr

   _____ Not Guilty   \_\_\_✓_____ Guilty

(continued on next page)

4. With respect to the offense of disorderly or disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2), we find the defendant Yvonne St. Cyr

   _____ Not Guilty        _____✓_____ Guilty

5. With respect to the offense of disorderly conduct in a Capitol building in violation of 40 U.S.C. § 5104(e)(2)(D), we find the defendant Yvonne St. Cyr

   _____ Not Guilty        _____✓_____ Guilty

6. With respect to the offense of parading, demonstrating, or picketing in a Capitol building in violation of 40 U.S.C.§ 5104(e)(2)(G), we find the defendant Yvonne St. Cyr

   _____ Not Guilty        _____✓_____ Guilty

3/10/2023
Date

Signature of Foreperson