Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| --- | --- | --- |
| Plaintiff, | ) ) ) | UNOPPOSED MOTION TO CONTINUE SENTENCING |
| vs. | ) ) | |
| YVONNE ST CYR, | ) ) | |
| Defendant. | ) ) | |

     Yvonne St. Cyr respectfully asks the Court to continue her sentencing hearing, which is currently scheduled for June 9, 2023, to September 12, 2023. The motion is unopposed by the government.

     Ms. St Cyr needs additional time to complete the defense mitigation investigation. This case involves an unusually large number of complex mitigation issues and records, and it therefore requires significant research,

time, and expertise to work up. This additional time should be sufficient to complete these tasks.

This Motion is brought in good faith and not for any purpose of improper delay. Given that Ms. St Cyr has been found guilty, there are no speedy trial issues raised by this motion. However, to the extent she has a right to a speedier sentencing, Ms. St Cyr waives that right in connection with this motion. The government does not object.

Accordingly, Ms. St Cyr respectfully requests the Court to continue her sentencing to September 12, 2023.

Dated: April 24, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION TO CONTINUE SENTENCING, was served on all parties named below on this 24th day of April, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant U.S. Attorney<br>Capitol Riot Detailee<br>Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449<br>(602) 514-7500<br>Jacqueline.schesnol@usdoj.gov | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |

Dated: April 24, 2023              /s/ Joy Fish
                                   Joy Fish