Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YVONNE ST CYR, ) <br> ) <br> Defendant. ) <br> ) | 1:22-cr-00185-JDB <br><br> MOTION FOR FUNDS FOR DEFENDANT TRAVEL |

YVONNE ST CYR, by and through her attorney of record, Nicole Owens, for the Federal Defender Services of Idaho, hereby moves this honorable Court to direct the United States Marshals Services to pay the travel expenses for Ms. St Cyr to travel from Kuna, Idaho to the District of Columbia for the purpose of attending her sentencing hearing. *See* 18 U.S.C. § 4285. Specifically, Ms. St Cyr needs to travel from her home in Kuna, Idaho, for her

Motion for Funds for Defendant Travel        -1-

sentencing hearing, currently scheduled for September 13, 2023, at 10:30 a.m. in front of the Honorable John D. Bates.

Ms. St Cyr is represented by appointed counsel and is presently unable to pay for travel fees to Washington, D.C.  On March 15, 2021, Ms. St Cyr was arraigned based on the indictment filed in this case. ECF No. 1.  Ms. St Cyr was released on March 15, 2021, subject to release conditions, which included a travel restriction to the District of Columbia and the District of Idaho, for court purposes only as directed by a United States Probation Officer.  ECF No 9. Ms. St Cyr remains in Idaho, where she is being supervised by United States Pretrial Services.  Her financial position has not materially improved since the Court originally found her to be indigent.  Ms. St. Cyr is currently unemployed, her husband was recently laid off, and she is still paying off the debt she incurred from travelling for her trial.

Wherefore, Ms. St Cyr requests that funds be granted for her travel expenses from Kuna, Idaho, to the District of Columbia to attend the required court appearance scheduled for September 13, 2023.

///

///

///

Dated: August 18, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 18th day of August, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_ CM/ECF Filing |
| (602) 514-7500 | ____Email Transmission |
| jacqueline.schesnol@usdoj.gov | |

Dated: August 18, 2023        /s/ Joy Fish
                              Joy Fish