IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | **ORDER ON MOTION FOR** |
| | ) | **FUNDS FOR DEFENDANT** |
| vs. | ) | **TRAVEL** |
| | ) | |
| YVONNE ST CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Before the Court is Ms. St Cyr's Motion for Funds for Defendant Travel filed 103, 2023. The Court having reviewed the motion and good cause appearing therefrom,

IT IS HEREBY ORDERED that:

1. The Motion for Funds for Defendant Travel is GRANTED. The Court is satisfied that Defendant qualifies for the provision of travel expenses for her travel from Kuna, Idaho, to the District of Columbia for her sentencing hearing being conducted on September 13, 2023.

2. Pursuant to 18 U.S.C. § 4285, the U.S. Marshal Service is to arrange for Ms. St Cyr's noncustodial transportation from Kuna, Idaho, to the District of Columbia for her sentencing hearing on September 13, 2023, and to

provide her with subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

     3.    The Clerk of the Court is directed to file this Order and to serve a copy on the U.S. Marshals Service.