Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:   (208) 331-5500
Facsimile:    (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-185-JDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YVONNE ST. CYR, | ) | |
| | ) | |
| Defendant. | ) | |

**MS. ST. CYR'S REDACTED SENTENCING MEMORANDUM**

Ms. St. Cyr had a misguided sense of patriotism and loyalty when she entered the Capitol on January 6, 2021. She was exceptionally vulnerable to the messages surrounding the 2020 election due to her traumatic upbringing and her untreated mental health. Since then, however, Ms. St. Cyr has demonstrated through her compliance on pretrial supervision and appearance in court that she poses no danger to the public and is capable of rehabilitation. Ms. St. Cyr requests the Court impose a sentence which takes into consideration her personal history and characteristics—

1

specifically ██████████████████████████████████—and

adequately embodies the nature and circumstances of the offense.

## DISCUSSION OF 3553(a) FACTORS

Ms. St. Cyr is a caring woman who believes it is her mission to help people. This is an admirable quality. But her good intentions sometime go awry: ████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████ have not affected her compliant behavior on pretrial release: for the past thirty-one months she has fulfilled all conditions of supervision and attended her court appearances. She is at low risk to re-offend or engage in further criminal activity. Because of her record of compliance for *over two years*, a lengthy prison sentence is not necessary to send a stern message to Ms. St. Cyr, and to society, that her actions on January 6, 2021, are not to be tolerated.

Section 3553(a) requires this Court to impose the most lenient justifiable sentence. *See Holguin-Hernandez v. United States*, 140 S. Ct. 762, 765-66 (2020) (parsimony principle is a substantive sentencing standard requiring that no sentence be greater than necessary to accomplish the purpose of federal sentencing). In imposing a sentence, the Court must take care not to deprive a criminal defendant of

---

[1] ████████████████████████████████████

even one extra month of liberty over and above what the nature of her crime, considered against the backdrop of her personal circumstances, demands. The sentence imposed must be sufficient—but not greater than absolutely necessary—to inflict just punishment, to deter others from criminal conduct, to protect the public and to facilitate rehabilitation. *See* 18 U.S.C. § 3553(a). Because the sentencing guidelines do not consider a defendant's history and characteristics—their humanity—it is to be expected the guidelines will often skew high, routinely recommending a sentence above what the parsimony principle requires.

### A. Ms. St. Cyr experienced significant trauma as a child and adult that continues to haunt her.

Ms. St. Cyr was born to Monserrat Maria Muzzy and Earl Orbin in 1967. Her mother came from an impoverished family in Spain that was torn apart by the death of her father (Ms. St. Cyr's maternal grandfather) during the Spanish Civil War.[2] Monserrat had an older child, Montserrat "Montse" Burkhart, from a previous relationship. Monserrat married Earl Orbin to immigrate to the United States and give Montse a better life. They met when Earl was stationed in Spain as part of his military service. However, Earl was an abusive drunk who terrorized the family. Monserrat frequently required medical attention from Earl's beatings. During one particularly violent episode, Earl beat Ms. St. Cyr's mother so badly that her older

---

[2] The Spanish Civil War (1936–39) was the bloodiest conflict western Europe had experienced since the end of World War I in 1918. https://encyclopedia.ushmm.org/content/en/article/spanish-civil-war#:~:text=The%20Spanish%20Civil%20War%20(1936,World%20War%20I%20in%201918.&text=It%20was%2 0the%20breeding%20ground,%2C%20torture%2C%20or%20other%20brutalities.

 (Accessed September 5, 2023).

sister ran for help. However, because Monserrat did not speak English, she could not tell anyone what happened. One of Ms. St. Cyr's earliest memories is of hiding in her bunk bed when police came to her house in Mountain Home. Ms. St. Cyr's parents had one other child, Ms. St. Cyr's younger sister. Because her father was a violent alcoholic, her parents divorced by the time Ms. St. Cyr was only five years old. The breaking point came when her mother was beaten, nearly to death, and her father was finally arrested. After the divorce, Ms. St. Cyr was left to the care (or lack thereof) of her mother on the weekdays and with her father on weekends.

While living with her mother, Ms. St. Cyr would wake up to find different men in her house, men who had visited her mother during the night. As a defense mechanism, Ms. St. Cyr would disassociate, causing lapses in her childhood memories. This instability and constant exposure to strangers during her formative years led Ms. St. Cyr to withdraw.

When she was twelve years old, her mother remarried to Carl Beckham. He was a sexual predator and would try to take naked photos of Ms. St. Cyr and her sisters and made other inappropriate comments towards them. ███████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████. These experiences led Ms. St. Cyr to understand her worth only in relation to men. It also caused her to be skeptical of the criminal justice system.

Ms. St. Cyr never experienced a stable home life as a child. She shuffled between her mother's home during the week and her father's home on the weekends. Neither parent offered support or supervision. Her father was not present because he was out drinking and at bars. While he was never physically abusive to Ms. St. Cyr or her sister, he was neglectful and unstable. Her mother was similarly neglectful and focused on the revolving stream of men in her life instead of raising her children.

By the time she was thirteen, Ms. St. Cyr was in foster care. Prior to her first placement and while she was waiting for a home, she slept at the local juvenile detention facility. She was placed in five different foster homes between the seventh and ninth grades. After her last home fell through, she was placed in a group home for troubled adolescents. This was particularly traumatic because the other children were engaged in delinquent behavior and Ms. St. Cyr was not. After leaving the group home she couch surfed with friends and was even homeless. While she maintained contact with her parents, she never lived with them again.

Ms. St. Cyr embarked on a series of abusive relationships as a teenager. She had little guidance from her own parents in how to form healthy attachments or self-worth. She got pregnant at seventeen, was married at eighteen, and divorced by nineteen. Her short-lived first marriage was abusive and unstable. Ms. St. Cyr was directionless, drinking too much, and desperate. She didn't know how to be a mother, let alone an adult, so she turned to the military.

**B. Ms. St. Cyr devoted sixteen years of her life to military service.**

Ms. St. Cyr joined the Marines to be involved in something larger than herself and to serve her country. The military saved her and gave her the stability and foundation she desperately needed. She completed bootcamp at Paris Island and then Air Traffic Control School in Memphis, Tennessee, before she arrived at her first duty stop in Buford, South Carolina. Ms. St. Cyr credits the military with saving her life and teaching her the values she never learned as a child.

In 1989, Ms. St. Cyr met and married another Marine, Bill Harper. She gave birth to her second child in 1989, shortly before getting orders to go to Okinawa. The relationship did not survive the distance. She found herself in a foreign country, a single mother of two, and working as a Marine. Ms. St. Cyr gave birth to her third child in 1993.

Now a single mother of three, she was stationed at Camp LeJeune in North Carolina. She moved into a public affairs position and enjoyed the stability of being back in the United States. She also met a man she trusted to be her life partner: Mike Reed. Mike acted as though he adored her and helped with the pressure she was under. Unfortunately, this was a façade. Once they married, he showed his true colors and became manipulative, abusive, and controlling. Ms. St. Cyr did not have the wherewithal to escape. Years of abuse made her habituated to poor treatment. After they had a child together in 1996, Ms. St. Cyr felt even more stuck. She was scared to leave him and spent years building up the courage and resources until finally obtaining a divorce in 2000.

6

Shortly after her divorce, Ms. St. Cyr met Troy St. Cyr. After a lifetime of abuse and mistreatment, she found someone who treated her well. Unlike her previous partners, Troy did not drink too much, did not abuse her, did not try to hide things; she could tell he truly loved her. They married in 2001 and had a son the next year.

While Ms. St. Cyr was finally in a stable and healthy relationship, her life took a turn for the worse when she was discharged from the military. She made the poor decision to use cocaine as a quick fix to lose weight after having her son. Once caught, she accepted responsibility and pleaded guilty—even though she knew it meant leaving the only institution that had provided her stability and meaning.

Looking for another source of purpose, Ms. St. Cyr turned to religion. She wholeheartedly embraced the church, which took her in when she felt rejected by everyone. Much like the military, religion gave her a sense of meaning and connection. She attended every church service, she volunteered wherever she could, and she prayed.

After sixteen years of military service, Ms. St. Cyr returned home to Idaho. She worked at places like Smoky Mountain Pizzeria, Alliance Escrow, and Kate Equipment. She did sales, administrative work, office management, and regional management. In 2018, she took a severance from Kate Equipment, and began working at PC Maintenance as a Project Manager. Ms. St. Cyr and Troy made ends meet but continued to struggle financially as a family.

### C. In 2020, Ms. St. Cyr was searching for a cause when she became exposed to extremist views about the presidential election.

In 2020, Ms. St. Cyr began to question everything. During her doubt, she listened to her higher power and followed her faith. Unfortunately, her journey led her to disreputable sources.

When the COVID-19 pandemic hit Ms. St. Cyr fell into isolation and began spending a great deal of time on the internet. Then, in July 2020, she watched a video that discussed how "we the people" are being controlled, espousing the idea that we live a narrative because that is what we are told to do. In her vulnerable state—discharged from the military that had given her life meaning, isolated from her religious community by quarantine, and still reeling from a lifetime of abuse—Ms. St. Cyr was struck deeply by this narrative. And Ms. St. Cyr, who had never questioned anything in her life, became a true believer. She thought it was her patriotic duty to follow this message, a message that lead her spiritually to a devout following of President Trump and physically to Washington D.C. in January, 2021.

### D. Ms. St. Cyr owned up to her involvement in the events on January 6, 2021.

Ms. St. Cyr is responsible for her own conduct, and she demonstrated responsibility throughout her case. She has never denied attending the rally or entering the Capitol on January 6. She admitted this multiple times: first, in speaking with investigators after her initial arrest, second, on her social media and press interviews, and third, during her testimony at trial.

Significantly, she did not participate in the rally because she intended to undermine the United States or democracy. Quite the opposite. Ms. St. Cyr deeply trusted and admired former President Donald Trump.[3] She attended the rally to support him and because she truly believed the election had been tampered with. His speech at the "Stop the Steal" rally immediately preceded the march on the Capitol. As stated by the former president:

> We're gathered together in the heart of our nation's capital for one very, very basic and simple reason: To save our democracy.
> . . .
> Because you'll never take back our country with weakness. You have to show strength and you have to be strong.
> . . .
> Let's say you don't do it. Somebody says, "Well, we have to obey the Constitution." And you are, because you're protecting our country and you're protecting the Constitution. So you are. You will have an illegitimate president. That's what you'll have. And we can't let that happen.
> . . .
> And we fight. We fight like hell. And if you don't fight like hell, you're not going to have a country anymore.[4]

These words, from the President of the United States, show the seemingly irresistible call that Ms. St. Cyr heeded in order to, in her mind, support her country in a time of need. Ms. St. Cyr did not travel to Washington D.C. with the intention of engaging in a riot, she went because her President asked her to.  She went because she wanted to be a part of history. She went because she believed that for the first time in history

---

[3] *See* Select Committee to Investigate the January 6th Attack, *Introductory Material to the Final Report of the Select Committee*, available at https://www.documentcloud.org/documents/23466415-introductory-materialto-the-final-report-of-the-select-committee (accessed September 5, 2023).
[4] *See* Associated Press, *Transcript of Trump's speech at rally before US Capitol Riot* (January 13, 2021), available at https://apnews.com/article/election-2020-joe-biden-donald-trump-capitol-siege-media-e79eb5164613d6718e9f4502eb471f27 (accessed September 5, 2023).

Congress would refuse to certify the election and would send the votes back to the states for further investigation and action. She believed she was protecting her grandchildren to make sure that, as they grew up, they would continue to have a free country to live in, a country with free and fair elections.

However, upon arrival at the Capitol, emboldened by Trump's messaging as well as the "mob mentality" or "groupthink," Ms. St. Cyr made several decisions that contributed to the chaos of that day and continue to change the trajectory of her life.[5]

**E. Ms. St. Cyr's actions were heavily influenced by ███████████.**

Ms. St. Cyr ██████████████████████████—both stemming from her lifelong history of physical and emotional abuse. Dr. Davidson,[6] a medical expert in forensic mental health, discusses ████████████████████████████████



---

[5] Groupthink is a phenomenon that occurs when a group of well-intentioned people makes irrational or non-optimal decisions spurred by the urge to conform or the belief that dissent is impossible. The problematic or premature consensus that is characteristic of groupthink may be fueled by a particular agenda. or it may be due to group members valuing harmony and coherence above critical thought. *See* Psychology Today, *Groupthink*, available at
https://www.psychologytoday.com/us/basics/groupthink (accessed September 5, 2023).
[6] *See* Exhibit A, Forensic Mental Health Assessment by Dr. James Davidson.
[7] *See* Exhibit A, p. 38, Kruglanski, Pierro, Mannetti, & De Grada, 2006.

Further, Ms. St. Cyr has experienced multiple traumatic events throughout her lifetime and has not engaged in any type of meaningful treatment to address the trauma and neglect from those experiences. Psychological distress can be seen as the catalyst for a number of thought processes leading to political extremism. One academic assessment describes the relationship between psychological distress and political extremism this way:

> Distressing personal or societal events (e.g., injustices, economic crises, wars) undermine the extent to which perceivers experience the world as meaningful and therefore stimulate people to regain a sense of purpose through strong and clear-cut ideological convictions.[8]

This describes Ms. St. Cyr's mental state in January, 2021. She was psychologically distressed ████████████████████████████████████████████████ ████████████████████████████, foster care placements, homelessness, domestic violence, parental mental health and drug and alcohol abuse issues.

The psychological tipping point for Ms. St. Cyr was the financial and social stressors from COVID-19. The broader political events leading up to January 6, 2021—including allegations of election fraud and competing messages about the COVID-19 pandemic—created a sense of anxiety and uncertainty for Ms. St. Cyr. She believed that action was necessary to address the concerns she was feeling for the future of our nation. Being the strong-willed individual she is, she had a sense of purpose to prove these stressors wrong and to stay strong in her convictions. She

---

[8] *See* Jan-Willem van Prooijen and André P. M. Krouwel, *Psychological Features of Extreme Political Ideologies*, 28 Current Directions in Psychological Science 2, 159 (2019) (available at https://journals.sagepub.com/doi/pdf/10.1177/0963721418817755#:~:text=The%20final%20psychological%20feature%20is,a%20simple%20and%20universal%20truth).

found new purpose in showing corruption in the government systems she believed in and fought for. While connecting with this cause, she found a leader in former President Trump and a community in online forums.

Despite the evidence against her beliefs, she is unjustifiably confident, and believes that others who cannot see her beliefs are not ready to view them.

---
[9] Exhibit A, p. 36.



### F. She is experiencing lifelong consequences.

In Ms. St. Cyr's own poignant words:

> "I hate that I've lost so many friends, and I hate that my family thinks
> I'm crazy and I hate that it's such a struggle. And I hate that people
> don't see the truth. That's hard. It's hard to live in that world."[12]

---

[10] Exhibit A, p. 50.

[11] *See* Cleveland Clinic, *Delusional Disorder*, available at
https://my.clevelandclinic.org/health/diseases/9599-delusional-disorder (accessed September 5, 2023).

[12] *See* Rob Kuznia and Curt Devine, *The Believer: Yvonne St. Cyr*, CNN, available at
https://edition.cnn.com/interactive/2021/06/us/capitol-riot-paths-to-insurrection/yvonne-st-cyr.html
(accessed September 5, 2023).

Ms. St. Cyr has suffered a lifetime of trauma and distrust of others. Now, she is even further isolated because of her beliefs and her involvement on January 6. These consequences are sufficient deterrence for Ms. St. Cyr and others who might be tempted to engage in similar criminal conduct.

Ms. St. Cyr's sister puts it eloquently in her letter, stating: "Please recognize how my sister was raised, how unsafe her environment was, how her rebellion and fierceness to defend and protect was ingrained in her from the Marine Corps."[13] These qualities ensure that Ms. St. Cyr will not pose a risk of recidivism, particularly if she receives mental health treatment for her conditions that led to her isolation and extremism.

Ms. St. Cyr has followed all Court orders and been exemplary while on pretrial release. She traveled from Idaho to come to every court hearing, including her trial, even though she knew she would be found guilty. Her actions demonstrate she can follow the law and is capable of redemption.

## **CONCLUSION**

Ms. St. Cyr has lived most of her adult life with the mantra: "God, Country, Corp." She has prided herself as being patriotic and believing in something much bigger than herself. She went to Washington D.C. because she believed in the Constitution, she believed in the democratic process, and she believed that it was her duty as a concerned citizen to show up and say something. Ms. St. Cyr asks the Court to consider her lack of criminal record and that her participation in this event was an

---

[13] *See* Exhibit B, Letter of Support from Montserrat Maria Burkhart.

isolated incident brought on by a significant number of external factors combined with ███████████████████████. Her participation in these events was a regrettable deviation from her otherwise law-abiding life and she asks the Court to vary downward from the guideline range to account for her abusive childhood and military service.

Rehabilitation is a fundamental goal of our criminal justice system, and Ms. St. Cyr has the potential and capacity to undergo a profound transformation in her attitude and behavior with the right type of treatment in the community. For the foregoing reasons, Ms. St. Cyr requests the Court impose a reasonable sentence geared toward treatment and rehabilitation. Ms. St. Cyr has a proven track record of compliance, an amenability to supervision, and understands her future role in the community.  There is no reason to believe her actions on January 6 are anything but an isolated event by someone who got caught up in an inflammatory political environment.







Dated: September 6, 2023   Respectfully submitted,

            NICOLE OWENS
            FEDERAL PUBLIC DEFENDER
            By:

            /s/ Nicole Owens
            Nicole Owens
            Federal Defender Services of Idaho
            Attorney for Defendant
            YVONNE ST. CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 6th day of September, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                          ____United States Mail
Two Renaissance Square                         ____Hand Delivery
40 N. Central Ave., Suite 1800                 ____Facsimile Transmission
Phoenix, AZ 85004-4449                         ____CM/ECF Filing
(602) 514-7500                                 _X_ Email Transmission
jacqueline.schesnol@usdoj.gov

Eric Boylan, Assistant United States Attorney
601 D Street NW                                ____United States Mail
Washington, DC 20001                           ____Hand Delivery
(202) 252-7215                                 ____Facsimile Transmission
eric.boylan@usdoj.gov                          _X_ Email Transmission

Robert Walters
United States Probation Officer                ____United States Mail
(202) 565-1344                                 ____Hand Delivery
robert_walters@dcp.uscourts.gov                ____Facsimile Transmission
                                               ____CM/ECF Filing
                                               _X_ Email Transmission

Dated: September 6, 2023           /s/ Joy Fish
                                   Joy Fish