Re:  Letter of Support – Yvonne St. Cyr

From:

Montserrat (Montse) Burkhart

Mortgage Loan Officer – 23 years

Divorced 25 years – One living Daughter and one deceased Son.

Relationship to Yvonne, Sister, I have known her since her birth – March 30, 1967.

Yvonne and her husband Troy, attended by their choice, Jan. 6, 2021 – MAGA Patriot eve Washington, DC.  I am the oldest of three Sisters, at that time my Mom was alive, tried t talk my Sister out of traveling across the United States from Idaho to DC in Winter travel be a part of this event.  It did not make sense to us for the time taken, cost for travel, lodging, gas. She insisted this is something they both believed in, wanted to be a part o history, felt very strongly about being there in person.

Yvonne and her husband Troy, served 16 years in the Marine Corp.  They were both Gun Sgt's. and very committed, patriotic soldiers.  She was passionate and fierce about defending her Country, to serve and protect. The audience of Patriot's gathering collectively, made perfect sense to her, both of them.

She joined the Marine Corp at 19 years old, had a one year old Son, from marrying at 18 years old. She left her Son to attend boot camp at Camp Lejeune, North Carolina, she v away from her family for 13 weeks. Our family saw tremendous growth, purpose and maturity completing boot camp. She continued in her Military, Marine career for 16 yea

By then she had a family of (5) children, with her rank, she would have been sent to IRA( serve, possibly front line.  She was a Sharp Shooter, in her accomplishments.  By her ow sabotage she was involved in a sting operation for drugs on the base, in Beaufort, S.C.  s was dismissed from the Marine's with a dishonorable discharge.  This was mostly

prompted by the severe standards to keep her weight down and tremendous fear to lea her family. I do not believe this was a conscious thought out plan. It was impulsive. This affected our family hugely, no matter what we stood by her to help.

Yvonne (Orbin) St. Cyr and Michelle (Orbin) Axford were both born to Earl R. Orbin, deceased. He married our Mom, Monserrat Maria Muzzy, in 1962, in Madrid, Spain. Wh Earl was stationed in Rota, Spain. I was born in Madrid Spain to a Spanish Father. My M felt a better chance for our life by leaving her Country and coming to the United States.

This was the beginning of a rough, difficult, abusive, shocking journey for both my Mom Me. She found out she was his 3rd wife, he was a highly functioning, heavily addicted alcoholic, who raised me and my Sisters, until my Mom divorced him in 1973, I was 11. years old.

Yvonne and Michelle's whole life was a struggle with my Mom, for being Earl's children blood. I was Spanish and different, treated differently and as the oldest child I was a complete rule follower, pleaser and caretaker. I was my Mom's person her whole life. Sl remarried in 1975 to Carl A. Beckham, he came into our family as the knight in shining armor, to help raise us girls, to be a solid male influence in our lives. To be the Dad we n had. I was 15 when they married, I was innocent and very hungry to know a Dad's stren; and love.

Yvonne started to rebel right away at 9-10 years old, she was pushing back in every way wanted to live with her biological Dad, Earl R. Orbin, she made my Mom's, our life very difficult and filled with angst. Every day was something negative. My Mom has zero sup or could share raising us, with Earl, he continued to be a functioning alcoholic, working the Legal Department, a Tech Sgt in the Air Force, for the IRS after Air Force retirement a in later years a bail bond/collection business. He was highly intelligent but very broken dysfunctional. My Mom fought for him not to raise Yvonne. At 11 years, Yvonne was pla( in a girls home for troubled, out of control teens. She lived in Boise, off Boise Avenue. I1 was heartbreaking to visit her there, trying to navigate why she was so rebellious and difficult. I lived through all of this with my family, with my Mom, I was the one who alwa the one who tried to keep the peace.

My Sister Michelle was (2.5) years old when Carl A. Beckham came into our lives. She a was hungry for a solid, male, Father figure. She was raised by Carl. I was 24 years old, 1984, when we found out, Carl was sexually molesting my Sister, with penetration from young age of (4) years old, grooming her. He was a pedophile. My Sister, Michelle ran av from home at 15 years old, she never returned back to Idaho. She hitchhiked with a truc she ended up on the streets of Seattle. She was a homeless teen, who did all she had t( to survive. She has also led a troubled journey of love and acceptance. She is on her 3r

marriage. She has two children, her Son, Derick, she left with his birth father. Michelle married at 18, stayed until she was 19. Then ran away from the life and family.

There has been a tremendous amount of loss, damage and survival for our family. My M left Spain with a 4th grade education, she only knew cleaning to provide income. She worked as a house cleaner, onto a custodian in the Mtn. Home School District for (16) years.

Her life was very hard, we have no blame for her choices and survival. She did not know Carl was a pedophile, she immediately had him arrested when my Sister Michelle came forward. My Mom was in court, Feb. 7, 1985 with my Sister, Michelle to prosecute him. Daughter was born, Feb. 7, 1985. By God's grace, my Mom did not take her life, which I know to this day would have happened for the pain, suffering and shock of what happer to our family.

It is very apparent now, Yvonne rebelled at a young age, after Carl entered our lives beca of the trauma and abuse. He started with her. She had a voice and pushed back. As mu as a child could. We are not clear, what fully happened to her. Yvonne has repressed memories.

Her unstable environment, not growing up safe, being attacked her whole life from my Mom, that she was Earl Orbin's blood. She was happy, I never had his blood in me. That Yvonne was just like her Dad, intelligent but never knowing how to use her intelligence. has been a pattern of her life.

Impulsive, always willing to help the underdog, never judging anyone, fierce to stand for what she believes, right is right, do not just settle, seek the truth. When QNon started, t research and rabbit holes happened, all the conspiracy information started, my Sister w deep in the theories. This site to the next site to the next video to the... "can you believe is happening?" It became a battle of logic of who and what to trust. She was very adam about defending her Country, standing by Donald Trump, our past President. By attendi Washington, DC. To show her support and patriotism.

Where she is today: defeated, sad, scared, unclear of how we fully got here, how slante mainstream media has become, how many lies are out there, how did January 6th go so sideways? How and what she can do to make a difference? They lost everything financi she and my Brother n Law lived in a Toy Hauler trailer, I gave them the money to purchas the Toy Hauler. They rent space on private property, they have only the items that can fit their trailer. I admire and respect her tenacity to keep going, make the best of things, be change maker, although Jan. 6th did not allow any change to happen. It is a political shit storm. I have watched hours of video, I am in the camp of the families who are pleading with our Government to help and overturn this insanity. I cannot believe my Sister is at r

along with many others, who were there, to be sentenced. She did not hurt anyone, she not start any fights. I witnessed her passion and training as a Marine coming out to defe and protect. Her screaming on the video's is the worse she did that day.

She now has (11) grandchildren, she is as stable as I have ever seen her. Living with ver little has been hard to witness. My Mom tried her best and always wondered what she could have done differently, she really did her best. Life did not give her choices. She di Jan. 2022 from Covid, she was 87 years old.

I believe God took her home, she could not have handled the possibility of my Sister be incarcerated. She prayed as we all did for my Sister and healing in our family. We did n choose the path, it came to us. We have all made the best.

My Sister, Yvonne would help any soul, regardless of their walk in life. She has been my the past 1.5 year of losing my Son, he took his life Nov. 20, 2021. He was 32 years old, a amazing soul. He could not handle how broken our world was, how devasting Covid wa everyone, how much division and loss was present.

Please recognize how my Sister was raised, how unsafe her environment was, how her rebellion and fierceness to defend and protect was ingrained in her from the Marine Co She never hurt anyone.

Respectfully and Sincerely,

Montserrat Maria Burkhart – Oldest Sister

*Montserrat M. Burkhart*