My name is Kayla Rodriguez. I live in Nampa, Idaho currently but have lived in Idaho most of my life. I currently work in the HVAC Industry as install support and do the invoicing and billing for the company. I am not currently married but do have a family. I have a 9 almost 10-year-old son with my one day to be husband Dalton.

Yvonne St. Cyr is my mother. I have known her for over 30 years now. Her involvement with the criminal justice system has impacted my family, and us negatively. It is so hard to see someone just trying to be passionate and stick up for what they believe in and to voice their freedom of speech just to be punished for doing just that. To have my family and I out in the open as far as news stories or be written about by people who have no idea who we are as people, family etc. has been rough. I see people comment on social media and say hurtful things to my mom and as her daughter that is very hard to see. It also impacts our family negatively and is very hard when we think there is a chance my mom may be facing jail time, and taken from her family.

My mom Yvonne is one of the nicest people you'll ever meet. She is not afraid to stand up for what she believes in, which is one of my most favorite things about her. She is willing to help anyone and everyone in any way she can. Including me and being there for me as a newly single mother just trying to raise a newborn.  With nowhere to go when my son was born, she hopped on the coparenting train and helped with Kaysen while I transitioned to a new job and be a new mom to a newborn. She has done so much for me, and continues to impact our family, and her grandchildren. My son loves her, they have a very special bond. She has volunteered at his school on field trips and the school appreciates her and what she does for the children.

What my mom needs to be successful would be to be able to move on from this and put it behind her. Separating her from her from her family and sending her away won't help. I understand you may feel she made a mistake and what she did was not right, but I am proud of her and what she stood up for. She practiced her freedom of speech. She didn't riot or break/ damage property and she stood her ground through all of this.

Thank you for taking the time to listen.

Sincerely

Kayla Rodriguez,