Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| UNITED STATES OF AMERICA, | ) | 1:22-cr-185-JDB |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM - SUPPORT LETTER |
| vs. | ) | |
| YVONNE ST. CYR, | ) | |
| Defendant. | ) | |

Please take notice that YVONNE ST. CYR, by and through her attorney of record, Nicole Owens and the Federal Defender Services of Idaho, hereby submits, as an addendum to her sentencing memorandum (ECF 112), the attached support letter for the Court's consideration.

Dated: September 11, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST. CYR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 11th day of September, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |
| | |
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |
| | |
| Robert Walters | |
| United States Probation Officer | ____United States Mail |
| (202) 565-1344 | ____Hand Delivery |
| robert_walters@dcp.uscourts.gov | ____Facsimile Transmission |
| | ____CM/ECF Filing |
| | _X_ Email Transmission |

Dated: September 11, 2023          /s/ Joy Fish
                                   Joy Fish

Honorable John D. Bates,

My name is Troy St Cyr. I am the husband of Yvonne St Cyr. We have been married for 22 years. We live in Kuna Idaho. I am a service writer for a local dealership.

I can sum up Yvonne in two words, love and passion. Both of these traits, very much define who she is today. Are you passionate for life, love and Country, Judge Bates? Yvonne is too. She is passionate for her Creator, her children, her family and humanity and their freedoms. I bet if you compared your passions to hers you would see that you both have a lot in common. Like I said earlier, I have been with her for over 22 years, beside herself, I am the subject expert, more so than her own family, kids, government, defense or prosecution or any mental health doctors. Through her years of employment Yvonne has been promoted several times. She won President's club for being in the top 1% of the company. Through the Marine Corp and TruGreen she has held tenure at both of these jobs, this is not the trait of someone who suffers ▓▓▓▓▓▓▓▓▓▓▓▓

The Government paints Yvonne as a "threat" to Democracy as you call it, when did it become wrong to have a different opinion than your government. See Yvonne took an oath to support and defend the Constitution FOR the United States against all enemies foreign and domestic, the love of her Country, her life and her kids/grandkids will never be something she will ever stop fighting for, even when the odds seem stacked against her, and so why we are here today? To answer that you have to go back to Nov. 3, 2020, the day our Country was taken over. Since the stolen election of 2020 up until the trial date, we have heard of numerous reports of election fraud through multiple states and counties. We have reports of multiple foreign countries interfering with our elections. Millions of Americans felt that the election was stolen including Yvonne, Our President said, Come to DC on Jan 6 for the stop the steal rally, so we packed up and went to answer the call. On Jan 6, 2021, we were both in DC, Yvonne was there to stand up for what was right and to protect our Constitution. Yvonne was not there to overthrow the government. She was there to peacefully and patriotically protest the election results by taking her grievance to the government for her voice to be heard. And she did that just that as you heard from the FBI agent's testimony that she harmend, no one, didn't break anything and caused no destruction or damage to another human being or any government property. She had no intent to commit any crimes, much less the unconstitutional laws that you all have created to take our freedoms away.

Since the trial we have seen videos of protestors being let into the capital by Police officers and being escorted around. The Capital is a building that when locked down is like an iron castle. You can't get in unless you are allowed in. Also it is equipped with a sound system that can be heard throughout the city. Had they attempted to disperse the crowd that is all it would have taken. They had no intention of dispersing, this is exactly what they intended and wanted to happen. The government absolutely does not have clean hands. They will be exposed and the truth will come out. We also know through Christopher Wray's testimony along with FBI whistleblowers that the FBI had agents and confidential human sources in the crowd. We know of Congress withholding video that is crucial to these court cases. The fact that all discovery wasn't disclosed for all these cases is ground enough to dismiss this fraudulent case.

We have recently found out the Michigan State Police have concluded an investigation where fraudulent election tampering was proven and arrests have been made and the amount of evidence that is available for all to see is out there.

Yvonne is not guilty of any of these crimes that the government has brought against her, if anything a trespassing at best, but even that can be argued. The truth is out there, our Country is at a tipping point, once tipped the avalanche of truth will be out there for all Americans to see. You will have to make your own choice on what side of history you choose to be on. I hope you will be on the right side of history, because this decision will have consequences either way.

Troy St Cyr