Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST. CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>YVONNE ST. CYR,  )<br>  )<br>  Defendant.  )<br>_____ ) | 1:22-cr-185-JDB<br><br>NOTICE OF FILING ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM - SUPPORT LETTER |

Please take notice that YVONNE ST. CYR, by and through her attorney of record, Nicole Owens and the Federal Defender Services of Idaho, hereby submits, as an addendum to her sentencing memorandum (ECF 112), the attached support letter for the Court's consideration.

Dated:  September 11, 2023

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST. CYR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 11th day of September, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |

| | |
|---|---|
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |

| | |
|---|---|
| Robert Walters | |
| United States Probation Officer | ____United States Mail |
| (202) 565-1344 | ____Hand Delivery |
| robert_walters@dcp.uscourts.gov | ____Facsimile Transmission |
| | ____CM/ECF Filing |
| | _X_ Email Transmission |

Dated: September 11, 2023   /s/ Joy Fish
                            Joy Fish

Sentencing Memo Addendum                                          3

My name is Kayla Rodriguez. I live in Nampa, Idaho currently but have lived in Idaho most of my life. I currently work in the HVAC Industry as install support and do the invoicing and billing for the company. I am not currently married but do have a family. I have a 9 almost 10-year-old son with my one day to be husband Dalton.

Yvonne St. Cyr is my mother. I have known her for over 30 years now. Her involvement with the criminal justice system has impacted my family, and us negatively. It is so hard to see someone just trying to be passionate and stick up for what they believe in and to voice their freedom of speech just to be punished for doing just that. To have my family and I out in the open as far as news stories or be written about by people who have no idea who we are as people, family etc. has been rough. I see people comment on social media and say hurtful things to my mom and as her daughter that is very hard to see. It also impacts our family negatively and is very hard when we think there is a chance my mom may be facing jail time, and taken from her family.

My mom Yvonne is one of the nicest people you'll ever meet. She is not afraid to stand up for what she believes in, which is one of my most favorite things about her. She is willing to help anyone and everyone in any way she can. Including me and being there for me as a newly single mother just trying to raise a newborn.  With nowhere to go when my son was born, she hopped on the coparenting train and helped with Kaysen while I transitioned to a new job and be a new mom to a newborn. She has done so much for me, and continues to impact our family, and her grandchildren. My son loves her, they have a very special bond. She has volunteered at his school on field trips and the school appreciates her and what she does for the children.

What my mom needs to be successful would be to be able to move on from this and put it behind her. Separating her from her from her family and sending her away won't help. I understand you may feel she made a mistake and what she did was not right, but I am proud of her and what she stood up for. She practiced her freedom of speech. She didn't riot or break/ damage property and she stood her ground through all of this.

Thank you for taking the time to listen.

Sincerely

Kayla Rodriguez,