UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-cr-185-JDB |
| YVONNE ST CYR, | |
| Defendant. | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum in connection with the above-captioned matter. For the reasons set forth in the government's initial sentencing memo filed September 2, 2023, (ECF 107) and the additional information herein, the government reiterates its request that this Court sentence Defendant Yvonne St Cyr to 33 months of imprisonment, a three-year term of supervised release, restitution in the amount of $2,000, and a mandatory special assessment of $270.

St Cyr has continued to post her views on social media. These postings, which she is entitled to make, illustrate for the Court St Cyr's ongoing efforts to evade responsibility for her conduct on January 6 and demonstrate lack of any remorse or acceptance of responsibility for her actions. While only a selection of St Cyr's postings are reproduced below, they represent the character and mindset St Cyr is broadcasting to the public.

//

//

//

//

1

**SELECTED SOCIAL MEDIA STATEMENTS SINCE SEPTEMBER 1, 2023**

On or about September 6, 2023, St Cyr reposted an image originally posted by social media user R. Thole. The image depicts what appears to be a courtroom, with the statement, "you'll never find justice in a world where criminals make all the rules."



2

On or about September 6, 2023, St Cyr posted a link to an article in her local newspaper. The article described the sentence sought by government of St Cyr.  St Cyr's comments about the article include descriptions such as "corrupt" and "lies" in reference to the government, as well as minimizing her conduct at the Capitol.



On or about September 9, 2023, in response to an article about Proud Boy Enrique Tarrio, St Cyr posted a comment referring to "evil fucks," which appears to be a reference to the government.



On or about September 9, 2023. St Cyr posted the comment about "clown court" and "corrupt" stories, in reference to a deposition being given by Mike Lindell (a Trump ally). [1]



---

[1] https://iowacapitaldispatch.com/2023/09/12/mike-lindell-goes-ballistic-during-depositions-lashing-out-at-lawyers/

On or about September 9, 2023, St Cyr posted the comment "treasonous" when user I. Jaeger posed the question, "what's one word you would use to describe the January 6th Committee?"



On or about September 9, 2023, St Cyr reposted a post by social media user. The original post by J Kerner referred to January 6th as a peaceful protest, that the majority of people charged committed no crimes, and most people were simply walking around yet were charged with manufactured crimes.

⟲ Troy and Yvonne (J6er) reposted

 **J Kerner** ✓   Follow
@JKernerOT

Replying to @laralogan

J6 was NOT an "insurrection" or "coup attempt" or "violent means to stop certification." These are all lies manufactured by Swamp Rats.

J6 was a peaceful protest attended by hundreds of thousands of peaceful protestors.

There were only a couple of hundred troublemakers. The MAJORITY of people charged with J6 crimes actually committed NO crimes, NO violence, NO destruction, NO rioting, NO "seditious conspiracies." These peaceful people were simply in or near the Capitol and walking around, causing NO trouble at all. Yet they were charged with manufactured "crimes."

Whoever heard of an "insurrection" or "coup" with NO guns and WITHOUT the military? Is this rational? Give Trump a little more credit for intelligence. If he truly intended an "insurrection," he wouldn't have employed a bunch of ragtag troublemakers with NO weapons and NO military and NO coordination with other government agencies.

Democrats and Trump-haters falsely exaggerate J6 for the sole purpose of destroying Trump and any chance for him to be president again.

Prior to J6, Trump asked for additional security and police. Pelosi refused.

On the afternoon of J6, Trump sent 2 tweets telling people to leave the area once trouble broke out. These aren't the actions of an "insurrectionist."

I support ALL legal means to decertify and overturn the fraudulent 2020 election.

Post your reply 

6

On or about September 10, 2023, St Cyr posted that praying for her was not enough and the American people will determine when this ends. This post is in reference to a series of interviews related to January 6 defendants, which is scheduled to be released after St Cyr's sentencing.



On or about September 12, 2023, St Cyr posted that she is about to be sentenced for crimes "they" (presumably the government) created, and it (presumably January 6th) was a set up.



As the social media posts make clear, the basis set forth the government's prior sentencing recommendation have only grown more saliant and troubling over the past two weeks.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    */s/ Jacqueline Schesnol*
        JACQUELINE SCHESNOL
        Assistant United States Attorney, Detailee
        AZ Bar No. 016742
        601 D Street, N.W.
        Washington, D.C. 20530
        (602) 514-7500
        jacqueline.schesnol@usdoj.gov

        */s/ Eric Boylan*
        ERIC W. BOYLAN
        Assistant United States Attorney
        Texas Bar No. 24105519
        601 D Street N.W.
        Washington, DC  20002
        (202) 815-8608
        eric.boylan@usdoj.gov