UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-185-JDB |
| | : | |
| YVONNE ST CYR | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The following video evidence has been made available to the Court electronically:

| Sentencing Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1. 708.5.mp4 | Trial Exhibit 708.5 | 7 minute and 12 second video containing Image 6. BWC showing St Cyr disobeying police commands to "back up" and to "get off the line." St Cyr is circled in yellow for easier viability. |
| 2 | Exhibit 2. 609.1.mp4 | Trial Exhibit 609.1 | 7 second video, containing Image 7. Open-source video showing St Cyr pushing through the police barricade on the Lower West Terrace. St Cyr is circled in yellow for easier viability. |
| 3 | Exhibit 3. 605.mp4 | Trial Exhibit 605 | 1 minute and 34 second video, containing Image 8. Open-source video showing St Cyr after crossing police barricade walking unimpeded on the Lower West Terrace. |
| 4 | Exhibit 4. 702.mp4 | Trial Exhibit 702 | 2 minute and 16 second video, containing Image 9. BWC showing rioters break into the Capitol. |
| 5 | Exhibit 5. 404.2.mp4 | Trial Exhibit 404.2 | 2 minute and 34 second video, containing Image 10. CCTV showing St Cyr approaching the tunnel just after rioters break into the Capitol. St Cyr is circled in yellow for easier viability. |
| 6 | Exhibit 6. 803.MOV | Trial Exhibit 803 | 7 minute and 40 second video, containing Images 12A-C. Video St Cyr filmed while perched on a ledge in the tunnel. The video memorializes St Cyr |

1

| | | | |
|---|---|---|---|
| | | | calling for "fresh people" and to "push" against the officers. |
| 7 | Exhibit 7. 906.1.mp4 | Trial Exhibit 906.1 | 10 minute and 16 second video, containing Images 13A-B and 14A-B. Side-by-Side videos, with captions, showing CCTV and video St Cyr filmed of the violence, chaos, and crimes in the tunnel. |
| 8 | Exhibit 8. 905.2.mp4 | Trial Exhibit 905.2 | 1 minute and 32 second video, containing Image 15. Side-by-Side BWC and CCTV showing police forcing St Cyr off the ledge in the tunnel after she refused to leave.   St Cyr is circled in yellow for easier viability. |
| 9 | Exhibit 9.mp4 | CCTV, BWC, and Interview | 14 minute and 19 second video - Victim Impact Statement of MPD Commander Kyle. |
| 10 | Exhibit 10. 617.mp4 | Trial Exhibit 617 | 1 minute and 8 second video, containing Image 16. Open-source video showing St Cyr inside St-2M and helping another rioter into the Capitol. |
| 11 | Exhibit 11. 619.mp4 | Trial Exhibit 619 | 29 second video, containing Image 18. Open-source video showing St Cyr leaving the Capitol. |
| 12 | Exhibit 12.mp4 | Heartland Liberty Interview | 30 second video, from interview on Heartland Liberty given on April 26, 2023, wherein St Cyr says her "We all faced difficulties in our childhood." |
| 13 | Exhibit 13.mp4 | Open-Sources | 7 minute 10 second compilation video of FB Live and other public interviews. |
| 14 | Exhibit 14.mp4 | Twitter/Tick Tock | 56 second video, containing Image 23. Defendant and her husband traveling on June 13, 2023. |
| 15 | Exhibit 15. FB Live 09.12.2023.mp4 | Facebook | 4 minute and 39 second video, clips from 56 minute Facebook Live posted the evening of September 12 2023. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Jacqueline Schesnol*
JACQUELINE SCHESNOL, AUSA
AZ Bar No. 016742
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
jacqueline.schesnol@usdoj.gov

*/s/ Eric Boylan*
ERIC W. BOYLAN, AUSA
Texas Bar No. 24105519
601 D Street N.W.
Washington, DC  20002
eric.boylan@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 12th day of September, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney
