Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YVONNE ST CYR, ) <br> ) <br> Defendant. ) <br> ) | 1:22-cr-00185-JDB <br><br> NOTICE OF APPEAL |

  NOTICE is hereby given that Defendant, YVONNE ST CYR, appeals to the United States Court of Appeals for the District of Columbia Circuit the final Judgment entered in this prosecution on September 13, 2023, the Honorable B. John D. Bates, U.S. District Judge, presiding.

  Ms. St Cyr does not have the financial means to hire an attorney or pay any fees which may be assessed for the filing of this appeal. Ms. St Cyr appeared before the District Court with court appointed counsel. Ms. St Cyr's financial status warrants appointment of counsel on appeal. The Federal Defender Services of Idaho represented Ms. St Cyr before the District Court

and, provided the appointment is justified, will continue to represent her upon appeal.

Assistant U.S. Attorneys Jacqueline Schesnol and Eric Boylan, represented the United States in these proceedings.

| | |
|---|---|
| Dated: September 25, 2023 | Respectfully submitted,<br>NICOLE OWENS<br>FEDERAL PUBLIC DEFENDER<br>By:<br><br>/s/ Nicole Owens<br>Nicole Owens<br>Federal Defender<br>Federal Defender Services of Idaho<br>Attorneys for Defendant<br>YVONNE ST CYR |

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, NOTICE OF APPEAL, was served on all parties named below on this 25th day of September, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |
| | |
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |

Dated: September 25, 2023        /s/ Joy Fish
                                 Joy Fish

Notice of Appeal                       -3-