APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:22–cr–00185–JDB</u>–1

Case title: USA v. ST CYR

Magistrate judge case number: 1:21–mj–00226–ZMF

Date Filed: 05/25/2022

Assigned to: Judge John D. Bates

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **YVONNE ST CYR** | represented by | **Heidi Johnson** |

FEDERAL DEFENDERS OF IDAHO
702 West Idaho Street
Boise, ID 83702
208–331–5500
Email: <u>heidi_johnson@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Nicole Owens**
FEDERAL DEFENDER SERVICES OF IDAHO
ID
702 West Idaho Street, Ste. 1000
Boise, ID 83702
208–331–5500
Email: <u>nicole_owens@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Miles Pope**
FEDERAL DEFENDER SERVICES IF IDAHO
ID
702 West Idaho Street, Ste. 1000
Suite 1000
Boise
Boise, ID 83702
208–331–5500
Email: <u>miles_pope@fd.org</u>
*TERMINATED: 01/18/2023*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:231(a)(3)and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting. (1–2) | 9/13/2023: Defendant sentenced to Thirty (30) months of incarceration, to run concurrent with all counts; Thirty–Six (36) months of supervised release, to run concurrent with all counts; Special Assessment $100; Fine $1000; Restitution $2000. 3/10/2023: JURY VERDICT OF GUILTY. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds. (3) | 9/13/2023: Defendant sentenced to Twelve (12) months of incarceration, to run concurrent with all counts; Twelve (12) months of supervised release, to run concurrent with all counts; Special Assessment $25; Fine $1000; Restitution $2000. 3/10/2023: JURY VERDICT OF GUILTY. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds. (4) | 9/13/2023: Defendant sentenced to Twelve (12) months of incarceration, to run concurrent with all counts; Twelve (12) months of supervised release, to run concurrent with all counts; Special Assessment $25; Fine $1000; Restitution $2000. 3/10/2023: JURY VERDICT OF GUILTY. |
| VIOLENT ENTRY AND DISORDERLY CONDUCT ON 40:5104(e)(2)(D); CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building. (5) | 9/13/2023: Defendant sentenced to Six (6) months of incarceration, to run concurrent with all counts; Special Assessment $10; Fine $1000; Restitution $2000. 3/10/2023: JURY VERDICT OF GUILTY. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building. (6) | 9/13/2023: Defendant sentenced to Six (6) months of incarceration, to run concurrent with all counts; Special Assessment $10; Fine $1000; Restitution $2000. 3/10/2023: JURY VERDICT OF GUILTY. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

COMPLAINT in Violation of
18:1752(a)(1) and (2) and
40:5104(e)(2)(D) & (G)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Eric Boylan** |
| | | DOJ–USAO |
| | | US Attorney's Office, D.C. |
| | | 601 D Street NW |
| | | Washington DC, DC 20001 |
| | | (202) 252–7215 |
| | | Email: eric.boylan@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Jacqueline N. Schesnol** |
| | | DOJ–USAO |
| | | United States Attorney's Office |
| | | 40 North Central Avenue |
| | | Suite 1800 |
| | | Phoenix, AZ 85004–4449 |
| | | (602) 514–7689 |
| | | Email: jacqueline.schesnol@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2021 | 1 | SEALED COMPLAINT as to YVONNE ST CYR (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21–mj–00226–ZMF] (Entered: 02/14/2021) |
| 02/12/2021 | 3 | MOTION to Seal Case by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00226–ZMF] (Entered: 02/14/2021) |
| 02/12/2021 | 4 | ORDER granting 3 Motion to Seal Case as to YVONNE ST CYR (1). Signed by Magistrate Judge Zia M. Faruqui on 02/12/2021. (zstd) [1:21–mj–00226–ZMF] (Entered: 02/14/2021) |
| 03/03/2021 | 5 | Arrest Warrant Returned Executed on 3/3/2021 in Boise, Idaho. as to YVONNE ST CYR. (bb) (Main Document 5 replaced on 3/18/2021) (bb). (Main Document 5 replaced on 4/1/2021) (bb). [1:21–mj–00226–ZMF] (Entered: 03/05/2021) |
| 03/03/2021 | | Arrest of YVONNE ST CYR. (ztl) [1:21–mj–00226–ZMF] (Entered: 04/19/2021) |
| 03/11/2021 | 7 | Rule 5(c)(3) Documents Received as to YVONNE ST CYR from US District Court for the District of Idaho Case Number 21–mj–453 (bb) [1:21–mj–00226–ZMF] (Entered: 04/01/2021) |
| 03/15/2021 | | Case unsealed as to YVONNE ST CYR. (ztl) [1:21–mj–00226–ZMF] (Entered: 03/17/2021) |

| 03/15/2021 | | ORAL MOTION to Appoint Counsel by YVONNE ST CYR. (ztl) [1:21−mj−00226−ZMF] (Entered: 04/19/2021) |
|---|---|---|
| 03/15/2021 | | JOINT ORAL MOTION for Speedy Trial by USA, YVONNE ST CYR as to YVONNE ST CYR. (ztl) [1:21−mj−00226−ZMF] (Entered: 04/19/2021) |
| 03/15/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to YVONNE ST CYR held on 3/15/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by YVONNE ST CYR (1); heard and granted. Defendant placed on Standard Conditions of Release. Joint Oral Motion for Speedy Trial as to YVONNE ST CYR (1); heard and granted. Speedy Trial Excluded from 3/15/2021 to 5/10/2021 in the Interest of Justice (XT). Defendant waives her right to a Preliminary Hearing. Status Hearing set for 5/10/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4 [1:38:33−1:42:35]; Defense Attorney: Miles Pope and Nicole Owens; US Attorney: Jacob Steiner for Erik Kenerson; Pretrial Officer: Andre Sidbury. (ztl) [1:21−mj−00226−ZMF] (Entered: 04/19/2021) |
| 03/15/2021 | 9 | ORDER Setting Conditions of Release as to YVONNE ST CYR (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/15/2021. # 1 Appearance Bond) (ztl). [1:21−mj−00226−ZMF] (Entered: 04/19/2021) |
| 04/15/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: William Miles Pope appearing for YVONNE ST CYR (Pope, William) [1:21−mj−00226−ZMF] (Entered: 04/15/2021) |
| 04/30/2021 | 10 | Unopposed MOTION for Protective Order by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 04/30/2021) |
| 05/05/2021 | 11 | Unopposed MOTION to Vacate *Status Conference*, Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION for Speedy Trial *Exclusion* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 05/05/2021) |
| 05/06/2021 | 12 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to YVONNE ST CYR (1). Signed by Magistrate Judge G. Michael Harvey on 5/6/2021. (zpt) [1:21−mj−00226−ZMF] (Entered: 05/07/2021) |
| 05/10/2021 | 14 | ORDER granting 11 Unopposed Motion to Vacate and Continue Hearing and to Exclude Time as to YVONNE ST CYR (1). Status Hearing continued to 7/9/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Robin M. Meriweather on 5/10/2021. (ztl) [1:21−mj−00226−ZMF] (Entered: 05/11/2021) |
| 07/07/2021 | 16 | Unopposed MOTION to Continue *Status Conference*, Unopposed MOTION for Speedy Trial *Exclusion* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 07/07/2021) |
| 07/08/2021 | 17 | ORDER Granting 16 Unopposed MOTION to Continue Status Conference, Unopposed MOTION for Speedy Trial Exclusion by USA as to YVONNE ST CYR (1). Time between 7/8/2021 and 11/5/2021 (59 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing |

4

| | | |
|---|---|---|
| | | continued to 11/5/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge G. Michael Harvey on 7/8/2021. (zpt) [1:21−mj−00226−ZMF] (Entered: 07/08/2021) |
| 11/04/2021 | 18 | Joint MOTION to Vacate *Status Conference*, Joint MOTION to Exclude *Time under the Speedy Trial Act* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 11/04/2021) |
| 11/05/2021 | 19 | ORDER granting 18 Motion to Vacate and to Exclude Time as to YVONNE ST CYR (1). Status Hearing continued to 12/3/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge Robin M. Meriweather on 11/5/2021. (ztl) [1:21−mj−00226−ZMF] (Entered: 11/08/2021) |
| 12/01/2021 | 21 | Joint MOTION to Continue *Status Conference*, Joint MOTION to Exclude *Time under the Speedy Trial Act* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 12/01/2021) |
| 12/03/2021 | 22 | ORDER Granting 21 Joint MOTION to Continue Status Conference, Joint MOTION to Exclude Time under the Speedy Trial Act by USA as to YVONNE ST CYR (1). Time between 12/3/2021 and 1/18/2022 (46 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing continued to 1/18/2022 at 01:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Zia M. Faruqui on 12/3/2021. (zpt) (Main Document 22 replaced on 12/3/2021) (zpt). Modified text on 12/3/2021 (zpt). [1:21−mj−00226−ZMF] (Entered: 12/03/2021) |
| 01/13/2022 | 23 | Joint MOTION to Continue *Status Conference*, Joint MOTION to Exclude *Time under the Speedy Trial Act* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 01/13/2022) |
| 01/18/2022 | 24 | ORDER Granting 23 Joint MOTION to Continue Status Conference, Joint MOTION to Exclude Time under the Speedy Trial Act by USA as to YVONNE ST CYR (1). Time between 1/18/2022 and 3/2/2022 (44 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing set for 3/3/2022 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge G. Michael Harvey on 1/18/2022. (zpt) [1:21−mj−00226−ZMF] (Entered: 01/18/2022) |
| 01/18/2022 | 25 | ORDER as to YVONNE ST CYR. Signed by Magistrate Judge G. Michael Harvey on 1/18/2022. (ztl) [1:21−mj−00226−ZMF] (Entered: 01/19/2022) |
| 02/24/2022 | 26 | NOTICE OF ATTORNEY APPEARANCE Jacqueline N. Schesnol appearing for USA. (Schesnol, Jacqueline) [1:21−mj−00226−ZMF] (Entered: 02/24/2022) |
| 02/25/2022 | 27 | NOTICE *of Status of Discovery as of December 2021* by USA as to YVONNE ST CYR (Attachments: # 1 Status Memo July 12, 2021, # 2 Exhibit A to Status Memo of July 12, 2021, # 3 Status Memo August 23, 2021, # 4 Status Memo September 14, 2021, # 5 Status Memo October 21, 2021, # 6 Status Memo November 5, 2021)(Schesnol, Jacqueline) [1:21−mj−00226−ZMF] (Entered: 02/25/2022) |
| 02/25/2022 | 28 | NOTICE *of Status of Discovery as of February 9, 2022* by USA as to YVONNE ST CYR (Schesnol, Jacqueline) [1:21−mj−00226−ZMF] (Entered: 02/25/2022) |
| 02/25/2022 | 29 | Joint MOTION to Continue *Status Conference* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Schesnol, Jacqueline) [1:21−mj−00226−ZMF] (Entered: 02/25/2022) |

| 02/25/2022 | 31 | JOINT STATUS REPORT by USA as to YVONNE ST CYR(See Docket Entry 29 to View Document). (zhsj) [1:21−mj−00226−ZMF] (Entered: 02/28/2022) |
|---|---|---|
| 02/26/2022 | 30 | Unopposed MOTION to disclose 6e and sealed materials by USA as to YVONNE ST CYR. (Schesnol, Jacqueline) Modified Event on 2/28/2022 (zhsj). [1:21−mj−00226−ZMF] (Entered: 02/26/2022) |
| 02/28/2022 | 32 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to YVONNE ST CYR (Kenerson, Erik) [1:21−mj−00226−ZMF] (Entered: 02/28/2022) |
| 02/28/2022 | | MINUTE ORDER (paperless), as to YVONNE ST. CYR, GRANTING the government's unopposed 30 Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials and AUTHORIZING the government, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and the previously entered protective order governing discovery in this case, to provide to defendant, and any co−defendants who may later be joined, materials protected by Federal Rule of Criminal Procedure 6(e), insofar as such disclosure is necessary for the government to comply with its discovery and disclosure obligations. Signed by Chief Judge Beryl A. Howell on February 28, 2022. (lcbah2) [1:21−mj−00226−ZMF] (Entered: 02/28/2022) |
| 03/01/2022 | 33 | ORDER granting 29 Motion to Continue Status Hearing as to YVONNE ST CYR. Status Hearing continued to 5/2/2022 at 2:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge Robin M. Meriweather on 3/1/2022. (ztl) [1:21−mj−00226−ZMF] (Entered: 03/01/2022) |
| 04/26/2022 | 34 | Joint MOTION to Continue *Status Hearing* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Schesnol, Jacqueline) [1:21−mj−00226−ZMF] (Entered: 04/26/2022) |
| 04/26/2022 | 35 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to YVONNE ST CYR. (See Docket Entry 34 to View document). (zhsj) [1:21−mj−00226−ZMF] (Entered: 04/27/2022) |
| 04/27/2022 | 36 | ORDER granting 34 Motion to Continue Status Hearing and Exclude Time as to YVONNE ST CYR (1). Status Hearing continued to 6/16/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge G. Michael Harvey on 04/27/2022. (zcll) [1:21−mj−00226−ZMF] (Entered: 04/28/2022) |
| 05/25/2022 | 37 | INDICTMENT as to YVONNE ST CYR (1) count(s) 1−2, 3, 4, 5, 6. (zhsj) (Entered: 05/26/2022) |
| 05/26/2022 | | MINUTE ORDER as to YVONNE ST CYR (1): The hearing currently scheduled for 6/16/2022 at 1:00 PM before Magistrate Judge Zia M. Faruqui is hereby VACATED, as the Defendant: has had an initial appearance in this jurisdiction; has had counsel appointed; has been released on conditions; and has been charged by Indictment. As such, there are no pending matters necessitating action by a Magistrate Judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Robin M. Meriweather on 5/26/2022. (bb) (Entered: 05/26/2022) |
| 05/26/2022 | | Terminate Deadlines and Hearings as to YVONNE ST CYR: Status Hearing scheduled for 6/16/2022 at 1:00 PM before Magistrate Judge Zia M. Faruqui is hereby |

| | | VACATED. (bb) (Entered: 05/26/2022) |
|---|---|---|
| 05/27/2022 | | Set/Reset Hearings as to YVONNE ST CYR: Arraignment set for 6/16/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. (bb) (Entered: 05/27/2022) |
| 06/16/2022 | | ORAL MOTION for Speedy Trial by USA as to YVONNE ST CYR. (bb) (Entered: 06/21/2022) |
| 06/16/2022 | | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: VTC Status Hearing/ Arraignment of Counts 1–6 as to YVONNE ST CYR (1) held on 6/16/2022. Plea of Not Guilty entered as to all counts. Defendant was present by video. Oral Motion by the Government for Speedy Trial Waiver as to YVONNE ST CYR (1); Heard and Granted. Time between 6/16/2022 – 6/21/2022 (5 days) shall be excluded from calculation of time in the interest of justice (XT) under the Speedy Trial Act. Status Hearing set for 6/21/2022 at 10:00 AM by Telephonic/VTC before Judge John D. Bates. Bond Status of Defendant: Defendant placed on personal recognizance bond; Court Reporter: FTR Gold; FTR Time Frame: CTRM 7 [1:42:20–1:47:22]; Defense Attorney: William Pope; U.S. Attorney: Frederick Yette for Jacqueline Schesnol; Pretrial Officer: Da'Shanta' Valentine–Lewis. (bb) (Entered: 06/21/2022) |
| 06/21/2022 | | Set/Reset Hearings as to YVONNE ST CYR:Status Conference set for 6/21/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 06/21/2022) |
| 06/21/2022 | | Minute Entry: Status Conference as to YVONNE ST CYR held on 6/21/2022 before Judge John D. Bates. Parties discussed Discovery and possible disposition. Status Conference set for 8/23/2022 at 11:30 AM (Eastern Time Zone) in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time betwween 6/21/2022 and 8/23/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Cathryn Jones; Defense Attorney: William Pope; US Attorney: Jacqueline Schesnol. (jth) (Entered: 06/22/2022) |
| 08/20/2022 | 42 | Joint MOTION to Continue *Status Conference* by USA as to YVONNE ST CYR. (Attachments: # 1 Text of Proposed Order)(Schesnol, Jacqueline) (Entered: 08/20/2022) |
| 08/20/2022 | 44 | MOTION to Exclude Time Under the Speedy Trial Actby USA as to YVONNE ST CYR. (See Docket Entry 42 to View Document). (zhsj) (Entered: 08/24/2022) |
| 08/22/2022 | | MINUTE ORDER: Upon consideration of 42 the parties' joint motion to continue and exclude time under the Speedy Trial Act, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the status conference currently scheduled for August 23, 2022 at 11:30 a.m. is CONTINUED until October 24, 2022 at 11:30 a.m. by videoconference; and it is further ORDERED that the time from August 23, 2022 through October 24, 2022 is EXCLUDED from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the Court concludes that the ends of justice outweigh the interest of the public and of the defendant in a speedy trial given the need for the defendant to review voluminous discovery and consider the government's plea offer. SO ORDERED. Signed by Judge John D. Bates on 8/22/2022. (lcjdb1) (Entered: 08/22/2022) |
| 08/22/2022 | | Set/Reset Hearings as to YVONNE ST CYR:Status Conference reset for 10/24/2022 at 11:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: |

| | | |
|---|---|---|
| | | 08/22/2022) |
| 10/19/2022 | 45 | NOTICE OF ATTORNEY APPEARANCE: Nicole Owens appearing for YVONNE ST CYR (Owens, Nicole) (Entered: 10/19/2022) |
| 10/19/2022 | 46 | MOTION to Continue *Status Conference* by YVONNE ST CYR. (Attachments: # 1 Affidavit)(Owens, Nicole) (Entered: 10/19/2022) |
| 10/19/2022 | | MINUTE ORDER: Upon consideration of 46 defendant's unopposed motion to continue the status conference scheduled for October 24, 2022, and to exclude time under the Speedy Trial Act, it is hereby ORDERED that 46 defendant's motion is GRANTED; it is further ORDERED that the conference currently scheduled for October 24, 2022 at 11:30 a.m. is RESCHEDULED to November 22, 2022 at 11:00 a.m. by videoconference; and it is further ORDERED that the time from October 24, 2022 through November 22, 2022 is EXCLUDED from the Speedy Trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the Court concludes that the ends of justice outweigh the interest of the public and of the defendant in a speedy trial given the need for the defendant to review voluminous discovery and consider the government's plea offer. SO ORDERED. Signed by Judge John D. Bates on 10/19/2022. (lcjdb1) (Entered: 10/19/2022) |
| 11/14/2022 | | Set/Reset Hearings as to YVONNE ST CYR:Status Conference reset for 11/21/2022 at 01:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 11/14/2022) |
| 11/21/2022 | | Minute Entry: Status Conference as to YVONNE ST CYR held on 11/21/2022 before Judge John D. Bates: Motions due by 1/9/2023. Responses due by 1/20/2023. Reply due by 1/27/2023. Proposed Voir Dire due by 2/27/2023. Proposed Jury Instructions due by 2/27/2023. Motion in Limine due by 2/9/2023. Response due 02/16/2021. Reply due 02/21/2023. Jury Trial set for 3/6/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Pretrial Conference set for 3/1/2023 at 12:30 PM in Courtroom 30A– In Person before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 11/21/22 and 03/06/23 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Cassie Zayas; Defense Attorney: William Pope; US Attorney: Jacqueline Schesnol. (tb) (Entered: 11/21/2022) |
| 01/09/2023 | 48 | MOTION for 404(b) Evidence by USA as to YVONNE ST CYR. (Schesnol, Jacqueline) (Entered: 01/09/2023) |
| 01/09/2023 | 49 | MOTION to Dismiss Count *One, Two, Three, Four, and Six* by YVONNE ST CYR. (Owens, Nicole) (Entered: 01/09/2023) |
| 01/09/2023 | 50 | MOTION to Change Venue by YVONNE ST CYR. (Attachments: # 1 Exhibit 1)(Owens, Nicole) (Entered: 01/09/2023) |
| 01/14/2023 | 51 | NOTICE OF ATTORNEY APPEARANCE Eric Boylan appearing for USA. (Boylan, Eric) (Entered: 01/14/2023) |
| 01/18/2023 | 52 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Johnson, Heidi added. Substituting for attorney Miles Pope (Johnson, Heidi) (Entered: 01/18/2023) |
| 01/20/2023 | 53 | RESPONSE by USA as to YVONNE ST CYR re 50 MOTION to Change Venue (Schesnol, Jacqueline) (Entered: 01/20/2023) |
| 01/20/2023 | 54 | |

| | | |
|---|---|---|
| | | RESPONSE by YVONNE ST CYR re <u>48</u> MOTION for 404(b) Evidence (Owens, Nicole) (Entered: 01/20/2023) |
| 01/20/2023 | <u>55</u> | RESPONSE by USA as to YVONNE ST CYR re <u>49</u> MOTION to Dismiss Count *One, Two, Three, Four, and Six* (Schesnol, Jacqueline) (Entered: 01/20/2023) |
| 02/09/2023 | <u>57</u> | MOTION in Limine *to Preclude Use of Prejudicial Terminology* by YVONNE ST CYR. (Owens, Nicole) (Entered: 02/09/2023) |
| 02/10/2023 | <u>58</u> | RESPONSE by USA as to YVONNE ST CYR re <u>57</u> MOTION in Limine *to Preclude Use of Prejudicial Terminology* (Schesnol, Jacqueline) (Entered: 02/10/2023) |
| 02/17/2023 | <u>60</u> | Proposed Jury Instructions by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 02/17/2023) |
| 02/17/2023 | <u>61</u> | Proposed Voir Dire by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 02/17/2023) |
| 02/17/2023 | <u>62</u> | PROPOSED VERDICT FORM as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 02/17/2023) |
| 02/22/2023 | <u>63</u> | MEMORANDUM OPINION & ORDER denying <u>48</u> the government's Rule 404(b) request; denying <u>49</u> St. Cyr's motion to dismiss; and denying <u>50</u> St. Cyr's motion to transfer venue. See text of Memorandum Opinion & Order for details. Signed by Judge John D. Bates on 2/22/2023. (lcjdb1) (Entered: 02/22/2023) |
| 02/23/2023 | <u>64</u> | ORDER denying <u>57</u> defendant Yvonne St. Cyr's motion in limine. See text of Order for details. Signed by Judge John D. Bates on 2/23/2023. (lcjdb1) (Entered: 02/23/2023) |
| 02/25/2023 | <u>66</u> | MOTION for Hearing *Pursuant to Frye/Cooper* by USA as to YVONNE ST CYR. (Schesnol, Jacqueline) (Entered: 02/25/2023) |
| 02/27/2023 | | MINUTE ORDER: Upon consideration of <u>66</u> the government's request for a hearing to make a record regarding its plea offer, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ordered that the government will be permitted to make such a record during the pretrial conference scheduled for March 1, 2023 at 12:30 p.m. SO ORDERED. Signed by Judge John D. Bates on 2/27/2023. (lcjdb1) (Entered: 02/27/2023) |
| 02/27/2023 | <u>67</u> | Proposed Voir Dire by YVONNE ST CYR (Owens, Nicole) (Entered: 02/27/2023) |
| 02/27/2023 | <u>68</u> | Proposed Jury Instructions by YVONNE ST CYR (Owens, Nicole) (Entered: 02/27/2023) |
| 03/01/2023 | <u>71</u> | Proposed Jury Instructions by YVONNE ST CYR (Owens, Nicole) Modified Text on 3/3/2023 (zhsj). (Entered: 03/01/2023) |
| 03/01/2023 | | Minute Entry: Pretrial Conference as to YVONNE ST CYR held on 3/1/2023 before Judge John D. Bates: Parties discussed posture of upcoming trial. The parties shall exchange exhibit lists and if possible, witness lists by noon on Friday. Defendant remains on release. Court Reporter: Maria Weinback; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) (Entered: 03/02/2023) |
| 03/03/2023 | <u>72</u> | Proposed Jury Instructions by YVONNE ST CYR (Owens, Nicole) (Entered: 03/03/2023) |

| 03/03/2023 | 73 | EXHIBIT LIST by YVONNE ST CYR (Owens, Nicole) (Entered: 03/03/2023) |
|---|---|---|
| 03/03/2023 | 74 | EXHIBIT LIST by USA as to YVONNE ST CYR (Boylan, Eric) (Entered: 03/03/2023) |
| 03/03/2023 | 75 | MOTION in Limine *Regarding Defenses* by USA as to YVONNE ST CYR. (Schesnol, Jacqueline) (Entered: 03/03/2023) |
| 03/03/2023 | 76 | RESPONSE by YVONNE ST CYR re 75 MOTION in Limine *Regarding Defenses* (Owens, Nicole) (Entered: 03/04/2023) |
| 03/04/2023 | 77 | REPLY in Support by USA as to YVONNE ST CYR re 75 MOTION in Limine *Regarding Defenses* (Boylan, Eric) (Entered: 03/04/2023) |
| 03/04/2023 | 78 | SURREPLY TO OPPOSITION to Motion by YVONNE ST CYR re 75 MOTION in Limine Regarding Defenses. (Owens, Nicole) Modified Text on 3/8/2023 (zhsj). (Entered: 03/04/2023) |
| 03/05/2023 | 79 | MOTION in Limine *to Preclude the Government from Introducing Improper Evidence and Testimony* by YVONNE ST CYR. (Owens, Nicole) (Entered: 03/05/2023) |
| 03/05/2023 | 80 | RESPONSE by USA as to YVONNE ST CYR re 79 MOTION in Limine *to Preclude the Government from Introducing Improper Evidence and Testimony* (Boylan, Eric) (Entered: 03/05/2023) |
| 03/06/2023 | 81 | EXHIBIT LIST by USA as to YVONNE ST CYR (Boylan, Eric) (Entered: 03/06/2023) |
| 03/06/2023 | 82 | Proposed Jury Instructions by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 03/06/2023) |
| 03/06/2023 | | Set/Reset Hearings as to YVONNE ST CYR: Jury Selection continued to 3/7/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. (tb) (Entered: 03/06/2023) |
| 03/06/2023 | | Minute Entry: Jury Selection begun as to YVONNE ST CYR on 3/6/2023 before Judge John D. Bates on Counts 1–2,3,4,5 and 6: Jury Selection continued for 3/7/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. The Court granted 75 the governments motion in limine to regarding public authority or entrapment–by–estoppel defenses. The Court denied 79 the defendants motion in limine to preclude the government from introducing certain evidence and testimony. Defendant remains on release. Court Reporter: Cheryl Powell; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) (Entered: 03/07/2023) |
| 03/07/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. SO ORDERED by Judge John D. Bates on 03/07/23. (tb) (Entered: 03/07/2023) |
| 03/07/2023 | | Minute Entry: Jury selection continued and concluded. Jury trial begun as to YVONNE ST CYR held on 3/8/2023 YVONNE ST CYR (1) before Judge John D. Bates on Counts 1–2,3,4,5 and 6: Jury of 12 plus 2 alternates selected and sworn. Preliminary jury instructions and opening statements. Government witnesses: Tia Summers and L. Hawa. Jury Trial continued to 3/8/2023 at 09:30 AM in Courtroom |

| | | |
|---|---|---|
| | | 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Cherly Howell; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) Modified on 3/8/2023 (tb). (Entered: 03/08/2023) |
| 03/08/2023 | | Minute Entry: Jury Trial as to YVONNE ST CYR resumed on 3/8/2023 YVONNE ST CYR (1) before Judge John D. Bates on Counts 1–2,3,4,5 and 6. Same jury 12 and 2 alternates. Government witnesses: Tia Summers; Umit Yakub; Paul Riley and Michael Dowling. Jury Trial continued to for 3/9/2023 at 09:30 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Cherly Howell; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) (Entered: 03/09/2023) |
| 03/09/2023 | 83 | Proposed Jury Instructions by YVONNE ST CYR (Owens, Nicole) (Entered: 03/09/2023) |
| 03/09/2023 | 84 | EXHIBIT LIST by YVONNE ST CYR (Owens, Nicole) (Entered: 03/09/2023) |
| 03/09/2023 | 85 | EXHIBIT LIST by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 03/09/2023) |
| 03/09/2023 | 86 | Proposed Jury Instructions by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 03/09/2023) |
| 03/09/2023 | | Minute Entry: Jury Trial resumed as to YVONNE ST CYR on 3/9/2023 before Judge John D. Bates on Counts 1,2,3,4,5 and 6: Same jury of 12 and 2 alternates. Government witnesses: Michael Dowling; Matt Gano. Government rested. Oral motion by the defendant under Rule 29; heard and taken under advisement. Defendant witness: Yvonne St. Cyr. Jury Trial continued to 3/10/2023 at 09:00 AM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Cherly Howell; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) (Entered: 03/10/2023) |
| 03/10/2023 | | Minute Entry: Jury Trial resumed and concluded as to YVONNE ST CYR on 3/10/2023 before Judge John D. Bates on Counts 1,2,3,4,5 and 6: Same jury 12 and 2 alternates. Defense witness: Yvonne St Cyr. Defense rested; closing arguments; jury instructed; alternate jurors were DISCHARGED. Deliberation begun and concluded, defendant found GUILTY on all counts. Defendant's renewed Rule 29 motion; heard and DENIED. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to YVONNE ST CYR. Sentencing memoranda due by 6/2/2023. Sentencing set for 6/9/2023 at 01:30 PM in Courtroom 30A– In Person before Judge John D. Bates. Defendant remains on release. Court Reporter: Cherly Howell; Defense Attorney: Heidi Johnson and Nicole Owens; US Attorney: Jacqueline Schesnol and Eric Boylan. (tb) (Entered: 03/13/2023) |
| 03/10/2023 | 87 | Jury Notes (2) as to YVONNE ST CYR. (tb) (Entered: 03/13/2023) |
| 03/10/2023 | 88 | **Signature Page of Foreperson** <br><br> as to YVONNE ST CYR in Jury Notes (2). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tb) (Entered: 03/13/2023) |
| 03/10/2023 | 89 | |

| | | |
|---|---|---|
| | | RESPONSE by Court to <u>88</u> jury note as to YVONNE ST CYR. Signed by Judge John D. Bates. (tb) Modified on 3/13/2023 (zhsj). (Entered: 03/13/2023) |
| 03/10/2023 | <u>90</u> | VERDICT FORM as to YVONNE ST CYR. (tb) (Entered: 03/13/2023) |
| 03/10/2023 | <u>91</u> | **Signature Page of Foreperson**<br><br>as to YVONNE ST CYR in Verdict Form. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tb) (Entered: 03/13/2023) |
| 03/10/2023 | <u>92</u> | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to YVONNE ST CYR. (tb) (Entered: 03/13/2023) |
| 03/10/2023 | <u>93</u> | Final Jury Instructions as to YVONNE ST CYR. (tb) (Entered: 03/13/2023) |
| 03/10/2023 | <u>94</u> | GOVERNMENT'S EXHIBIT LIST by USA as to YVONNE ST CYR. (tb) Modified on 3/13/2023 (tb). (Entered: 03/13/2023) |
| 03/10/2023 | <u>95</u> | DEFENDANT'S EXHIBIT as to YVONNE ST CYR. (tb) (Entered: 03/13/2023) |
| 04/24/2023 | <u>97</u> | Unopposed MOTION to Continue *Sentencing* by YVONNE ST CYR. (Owens, Nicole) (Entered: 04/24/2023) |
| 04/25/2023 | | MINUTE ORDER as to YVONNE ST CYR: Upon consideration of <u>97</u> the unopposed motion to continue sentencing, and the entire record herein, it is hereby ORDERED that the sentencing hearing shall be rescheduled to September 13, 2023 at 2:00 p.m. in Courtroom 30A; and it is further ordered that sentencing memoranda shall be due by not later than September 4, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/25/2023. (lcjdb1) Modified on 4/28/2023 (tb). (Entered: 04/25/2023) |
| 04/27/2023 | | Set/Reset Deadlines/Hearings as to YVONNE ST CYR: Sentencing memoranda due by 9/4/2023. Sentencing set for 9/13/2023 at 02:00 PM in Courtroom 30A– In Person before Judge John D. Bates. (tb) (Entered: 04/27/2023) |
| 04/27/2023 | | MINUTE ORDER as to YVONNE ST CYR: Upon consideration of further communications with counsel, it is hereby ORDERED that the sentencing hearing shall be rescheduled to September 13, 2023 at 10:30 a.m. in Courtroom 30A. SO ORDERED. Signed by Judge John D. Bates on 4/27/2023. (lcjdb1) Modified on 4/28/2023 (tb). (Entered: 04/27/2023) |
| 04/28/2023 | | Set/Reset Hearings as to YVONNE ST CYR: Sentencing reset for 9/13/2023 at 10:30 AM in Courtroom 30A– In Person before Judge John D. Bates. (tb) (Entered: 04/28/2023) |
| 05/11/2023 | <u>98</u> | TRANSCRIPT OF JURY TRIAL VOL I in case as to YVONNE ST CYR before Senior Judge John D. Bates held on 3/6/2023; Page Numbers: 1–242. Date of Issuance:5/11/23. Court Reporter/Transcriber Cheryl K. Powell, CCR, RPR, FCRR, Telephone number 251–690–3003, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023.(Powell, Cheryl) (Entered: 05/11/2023) |
| 05/11/2023 | 99 | TRANSCRIPT OF JURY TRIAL VOL II in case as to YVONNE ST CYR before Senior Judge John D. Bates held on 3/7/23; Page Numbers: 243−423. Date of Issuance:5/11/23. Court Reporter/Transcriber Cheryl K. Powell, CCR, RPR, FCRR, Telephone number 251−690−3003, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023.(Powell, Cheryl) (Entered: 05/11/2023) |
| 05/11/2023 | 100 | TRANSCRIPT OF JURY TRIAL VOL III in case as to YVONNE ST CYR before Senior Judge John D. Bates held on 3/8/23; Page Numbers: 424−660. Date of Issuance:5/11/23. Court Reporter/Transcriber Cheryl K. Powell, CCR, RPR, FCRR, Telephone number 251−690−3003, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 8/9/2023.(Powell, Cheryl) (Entered: 05/11/2023) |
| 05/11/2023 | 101 | TRANSCRIPT OF JURY TRIAL VOL IV in case as to YVONNE ST CYR before Senior Judge John D. Bates held on 3/9/23; Page Numbers: 661–923. Date of Issuance:5/11/23. Court Reporter/Transcriber Cheryl K. Powell, CCR, RPR, FCRR, Telephone number 251–690–3003, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023.(Powell, Cheryl) (Entered: 05/11/2023) |
| 05/11/2023 | 102 | TRANSCRIPT OF JURY TRIAL VOL V in case as to YVONNE ST CYR before Senior Judge John D. Bates held on 3/10/23; Page Numbers: 924–1070. Date of Issuance:5/11/23. Court Reporter/Transcriber Cheryl K. Powell, CCR, RPR, FCRR, Telephone number 251–690–3003, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023.(Powell, Cheryl) (Entered: 05/11/2023) |
| 08/18/2023 | 103 | MOTION for Funds for Defendant Travel by YVONNE ST CYR. (Owens, Nicole) (Entered: 08/18/2023) |
| 08/18/2023 | 104 | NOTICE of Proposed Order by YVONNE ST CYR re 103 MOTION for Funds for Defendant Travel (Owens, Nicole) (Entered: 08/18/2023) |

| 08/18/2023 | | MINUTE ORDER: Defendant Yvonne St. Cyr has filed <u>103</u> a motion for payment of travel expenses pursuant to 18 U.S.C. § 4285 for travel fare "from Kuna, Idaho to the District of Columbia for the purpose of attending her sentencing hearing." The statute authorizes the Court to direct the United States marshal to arrange for transportation or furnish the fare for transportation "to the place where [defendant's] appearance is required" and also provides a per diem "amount of money for subsistence expenses to his destination." Upon consideration of the motion, and the entire record herein, it is hereby ORDERED that the motion is granted; it is further ORDERED that the United States Marshals Services arrange for noncustodial transportation or furnish the fare for transportation from defendant's home in Kuna, Idaho to Washington, D.C. for her upcoming sentencing hearing on September 13, 2023, and furnish money for subsistence expenses for defendant's travel to Washington, D.C. in an amount not to exceed the amount authorized as a per diem allowance for travel by 5 U.S.C. § 5702(a). SO ORDERED. Signed by Judge John D. Bates on 8/18/2023. (lcjdb1) (Entered: 08/18/2023) |
| 09/02/2023 | <u>107</u> | SENTENCING MEMORANDUM by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 09/02/2023) |
| 09/02/2023 | <u>108</u> | NOTICE *of Video Exhibits* by USA as to YVONNE ST CYR (Schesnol, Jacqueline) (Entered: 09/02/2023) |
| 09/06/2023 | <u>112</u> | REDACTED SENTENCING MEMORANDUM by YVONNE ST CYR. (Attachments: # <u>1</u> Exhibit B)(Owens, Nicole) Modified Text on 9/11/2023 (zhsj). (Entered: 09/06/2023) |
| 09/06/2023 | <u>114</u> | ENTERED IN ERROR.....ERRATA by YVONNE ST CYR re <u>112</u> Sentencing Memorandum (Owens, Nicole) Modified on 9/11/2023 (zhsj). (Entered: 09/06/2023) |
| 09/06/2023 | | NOTICE OF ERROR as to YVONNE ST CYR regarding <u>114</u> Errata. The following error(s) need correction: Incorrect format (Letter)– correspondence is not permitted (LCrR 49(f)(4)). Please refile. (zhsj) (Entered: 09/11/2023) |
| 09/11/2023 | <u>115</u> | NOTICE *of Filing Addendum to Defendant's Sentencing Memorandum (support letter)* by YVONNE ST CYR re <u>112</u> Sentencing Memorandum (Owens, Nicole) (Entered: 09/11/2023) |
| 09/11/2023 | <u>116</u> | NOTICE *of Filing Addendum to Defendant's Sentencing Memorandum (additional support letter)* by YVONNE ST CYR re <u>112</u> Sentencing Memorandum (Owens, Nicole) (Entered: 09/11/2023) |
| 09/11/2023 | | MINUTE ORDER: Upon consideration of <u>113</u> defendant's sealed motion for leave to file an unredacted sentencing memorandum under seal, and the entire record herein, it is hereby ORDERED that <u>113</u> the motion is GRANTED; and it is further ordered that [113−1] defendant's unredacted sentencing memorandum shall be filed under seal. SO ORDERED. Signed by Judge John D. Bates on 9/11/2023. (lcjdb1) (Entered: 09/11/2023) |
| 09/12/2023 | <u>117</u> | SUPPLEMENT by USA as to YVONNE ST CYR re <u>107</u> Sentencing Memorandum (Schesnol, Jacqueline) (Entered: 09/12/2023) |
| 09/12/2023 | <u>118</u> | NOTICE *Updated Video Exhibits* by USA as to YVONNE ST CYR re <u>108</u> Notice (Other) (Schesnol, Jacqueline) (Entered: 09/12/2023) |
| 09/13/2023 | | Minute Entry for Sentencing proceeding held on 9/13/2023 before Judge John D. Bates as to YVONNE ST CYR on Counts 1−6. Defendant sentenced to Thirty (30) |

| | | |
|---|---|---|
| | | months as to each of Counts 1 and 2, Twelve (12) months as to each of Counts 3 and 4, and Six (6) months as to each of Counts 5 and 6, with all terms of imprisonment to run concurrently; followed by supervised release of Thirty–Six (36) months as to each of Counts 1 and 2 and Twelve (12) months as to each of Counts 3 and 4, to be served concurrently. Special assessment of $100 on Counts 1 and 2, $25 on Counts 3 and 4, $10 on Counts 5 and 6 (for a total of $270). A fine of $1000 and Restitution of $2000. Bond Status of Defendant: continues on Personal Recognizance; Defense Attorney: Nicole Owens; US Attorney: Eric Boylan and Jacqueline N. Schesnol; Prob Officer: Robert Walters; Court Reporter: Bryan Wayne. (zed) (Entered: 09/14/2023) |
| 09/15/2023 | 119 | JUDGMENT as to YVONNE ST CYR. Statement of Reasons Not Included. Signed by Judge John D. Bates on 9/15/2023. (zhsj) (Entered: 09/19/2023) |
| 09/15/2023 | 120 | STATEMENT OF REASONS as to YVONNE ST CYR re 119 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge John D. Bates on 9/15/2023. (zhsj) (Entered: 09/19/2023) |
| 09/25/2023 | 121 | NOTICE OF APPEAL – Final Judgment by YVONNE ST CYR re 119 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Owens, Nicole) (Entered: 09/25/2023) |

Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| | ) | |
| vs. | ) | |
| | ) | |
| YVONNE ST CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE is hereby given that Defendant, YVONNE ST CYR, appeals to the United States Court of Appeals for the District of Columbia Circuit the final Judgment entered in this prosecution on September 13, 2023, the Honorable B. John D. Bates, U.S. District Judge, presiding.

Ms. St Cyr does not have the financial means to hire an attorney or pay any fees which may be assessed for the filing of this appeal.  Ms. St Cyr appeared before the District Court with court appointed counsel.  Ms. St Cyr's financial status warrants appointment of counsel on appeal.  The Federal Defender Services of Idaho represented Ms. St Cyr before the District Court

Notice of Appeal                                                      -1-

and, provided the appointment is justified, will continue to represent her upon appeal.

Assistant U.S. Attorneys Jacqueline Schesnol and Eric Boylan, represented the United States in these proceedings.

Dated: September 25, 2023       Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, NOTICE OF APPEAL, was served on all parties named below on this 25th day of September, 2023.

Jacqueline Schesnol, Assistant United States Attorney
Capitol Riot Detailee                          ____United States Mail
Two Renaissance Square                    ____Hand Delivery
40 N. Central Ave., Suite 1800             ____Facsimile Transmission
Phoenix, AZ 85004-4449                     _X_CM/ECF Filing
(602) 514-7500                                  ___ Email Transmission
jacqueline.schesnol@usdoj.gov

Eric Boylan, Assistant United States Attorney
601 D Street NW                                ____United States Mail
Washington, DC 20001                       ____Hand Delivery
(202) 252-7215                                  ___Facsimile Transmission
eric.boylan@usdoj.gov                        _X_CM/ECF Filing
                                                      ___ Email Transmission

Dated: September 25, 2023         /s/ Joy Fish
                                              Joy Fish

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT

## District of Columbia  [▼]

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| YVONNE ST CYR | Case Number: 22-cr-185-JDB |
| | USM Number: 32926-509 |
| | Nicole Owens |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   One (1) through Six (6) of the Indictment filed on 5/25/2022.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:231(a)(3)and 2 | Civil Disorder and Aiding and Abetting | | 1-2 |
| 18:1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | | 3 |
| | **** NEXT PAGE **** | | |

   The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/13/2023
Date of Imposition of Judgment

John D. Bates        Digitally signed by John D. Bates
                     Date: 2023.09.15 09:05:53 -04'00'
Signature of Judge

John D. Bates, U.S. District Judge
Name and Title of Judge

9/15/2023
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 1A

Judgment—Page   2   of   8

DEFENDANT: YVONNE ST CYR
CASE NUMBER: 22-cr-185-JDB

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | | 4 |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | | 5 |
| 40:5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | | 6 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8

DEFENDANT:  YVONNE ST CYR
CASE NUMBER:  22-cr-185-JDB

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

30 months (2 years, 6 months) as to each of Counts 1 and 2, 12 months (1 year) as to each of Counts 3 and 4, and 6 months as to each of Counts 5 and 6, with all Counts to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

  Defendant to be incarcerated at FCI Dublin.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
          Sheet 3 — Supervised Release

Judgment—Page   4   of   8

DEFENDANT:  YVONNE ST CYR
CASE NUMBER:  22-cr-185-JDB

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

36-month (3-year) term of supervised release as to each of Counts 1 and 2 and 12-month (1-year) term as to each of Counts 3 and 4, with all Counts to be served concurrently.

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
         ☐ The above drug testing condition is suspended, based on the court's determination that you
            pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
         restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as
         directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
         reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page ___5___ of ___8___

DEFENDANT: YVONNE ST CYR
CASE NUMBER: 22-cr-185-JDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____        Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page    6    of    8

DEFENDANT: YVONNE ST CYR
CASE NUMBER: 22-cr-185-JDB

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the Court within thirty days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

Financial Payment - You must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Financial Payment Schedule - Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: Payment in equal monthly installments of $100 a month over a period of 30 months, to commence after the date of this judgment.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                Sheet 5 — Criminal Monetary Penalties

Judgment — Page   7   of   8  

DEFENDANT: YVONNE ST CYR
CASE NUMBER: 22-cr-185-JDB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 270.00 | $ 2,000.00 | $ 1,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Payable to the Clerk of the Court for the United States District Court for the District of Columbia for disbursement to the following victim: | | | |
| Architect of the Capital Office of the Chief Financial Officer Ford House Office Building, Room H2-205B Washington, DC 20515 | | $2,000.00 | |
| **TOTALS** | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☑ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  8  of  8

DEFENDANT: YVONNE ST CYR
CASE NUMBER: 22-cr-185-JDB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 270.00 _____ due immediately, balance due

☐ not later than _____ , or
☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☑ Payment in equal __monthly__ *(e.g., weekly, monthly, quarterly)* installments of $ 100.00 over a period of __30 months__ *(e.g., months or years)*, to commence after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.