Nicole Owens
FEDERAL PUBLIC DEFENDER
Samuel Macomber
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00185-JDB |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBSTITUTION |
| | ) | AND REASSIGNMENT OF |
| vs. | ) | COUNSEL |
| | ) | |
| YVONNE ST CYR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Samuel Macomber of the Federal Defender Services of Idaho, is hereby reassigned this matter, substituting in place of Heidi Johnson, and therefore makes an appearance in the above action on behalf of the defendant, YVONNE ST CYR, and requests that all further papers and pleadings herein except original process be served upon said

Notice of Substitution and Reassignment of Counsel -1-

-2-

undersigned attorney at the above address or electronically at Sam_Macomber@fd.org.

Dated: September 26, 2023         NICOLE OWENS
                                  FEDERAL PUBLIC DEFENDER
                                  By:


                                  /s/ Samuel Macomber
                                  Samuel Macomber
                                  Assistant Federal Defender
                                  Federal Defender Services of Idaho
                                  Attorneys for Defendant
                                  YVONNE ST CYR

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 26th day of September, 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |
| | |
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |

Dated: September 26, 2023        /s/ Joy Fish
                                 Joy Fish