Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>YVONNE ST CYR,  )<br>  )<br>  Defendant.  )<br>  ) | No. 1:22-cr-00185-JDB<br><br>**Motion for Extension of Time to Self-Surrender** |

## Introduction

Yvonne St Cyr respectfully asks the Court to extend her self-surrender deadline by 30 days to give time for litigation regarding her motion for release pending appeal. ECF no. 124. Additional time will allow the motion to be carefully considered and fully resolved. The extension would change her self-surrender date from October 24, 2023 to November 23, 2023.

## Background

Ms. St Cyr is currently scheduled to report to FCI Waseca by October 24, 2023. Depending on the progression of litigation regarding her motion for release pending

appeal, there is a good chance Ms. St Cyr will have to surrender before this Court issues a decision or litigation is resolved. Additionally, because Ms. St Cyr has been ordered to report to a facility in Minnesota, she needs to budget travel time—her best assessment of when she will start the drive is sometime October 21 (five days from now).

Ms. St Cyr filed her motion for release pending appeal and motion to stay execution of sentence on September 27, 2023. The government responded on October 11. Ms. St Cyr's reply deadline is October 18.

## Argument

Given the tight timeline to decide on Ms. St Cyr's motion, she asks the Court to extend her self-surrender deadline by 30 days. This monthlong extension promotes both justice and administrative efficiency. Such an extension will ensure that Ms. St Cyr is not taken into BOP custody while litigation over her motion for bail pending appeal is still ongoing. It will also provide a more reasonable timetable for litigating and considering the issues that Ms. St Cyr's motion for release pending appeal presents—obviating system-wide pressure for a tight turnaround on the motion.

No countervailing interests argue against this extension; Ms. St Cyr continues to perform well on pre-custody release, and finality considerations that might support the speedy execution of a sentence do not apply with force where, as here, there is a pending, viable motion for release pending appeal.

## Conclusion

If the Court grants Ms. St Cyr's application for release pending appeal, then

this motion will become moot. In the meantime, however, a 30-day extension of Ms. St Cyr's self-surrender deadline simply makes good sense in this case. It allows litigation to proceed on a realistic timeline and it causes no real prejudice to anybody.

Dated: October 16, 2023                NICOLE OWENS
                                        FEDERAL PUBLIC DEFENDER
                                        By:


                                        /s/ Nicole Owens
                                        Nicole Owens
                                        Federal Defender
                                        Federal Defender Services of Idaho
                                        Attorneys for Defendant
                                        YVONNE ST CYR

-4-

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, Motion for Extension of Time to Self-Surrender, was served on all parties named below on this 16th day of October 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |
| | |
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |

Dated: October 16, 2023            /s/ Sybil Davis
                                   Sybil Davis