UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 22-CR-185-JDB |
| v. | : | |
| | : | |
| **YVONNE ST CYR,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO SELF-SURRENDER**

The United States of America, by and through its counsel, respectfully opposes defendant Yvonne St Cyr's motion to extend her self-surrender date. (ECF 126.) Following a week-long trial in March 2023, a jury convicted St Cyr of multiple crimes for her conduct on January 6, 2021, including two felony counts of Civil Disorder and multiple misdemeanor offenses. On September 13, 2023, this Court imposed a sentence that included a term of 30 months' incarceration, allowing St Cyr to remain out of custody pending her self-surrender to the Bureau of Prisons ("BOP"). BOP has ordered St Cyr to self-surrender on or before October 24, 2023, to a facility in Minnesota.

Defendant St Cyr now asks that her self-surrender date be postponed 30 days while this Court determines if she can stay out of custody pending appeal. On September 27, 2023, St Cyr filed a motion to remain out of custody pending appeal, on the grounds that the denial of her pretrial motion to transfer venue was legal error. (ECF 124.) The government opposed that motion, because St Cyr's motion did not raise a substantial question of law and urged this Court to deny it. (ECF 125.) St Cyr's reply brief is due on or before October 18, 2023.

St Cyr asks the Court to postpone her self-surrender date as she might surrender before the Court rules on her motion to remain out of custody. In her motion to postpone self-surrender, St Cyr argues that she needs to "budget travel time" as she will be driving to Minnesota beginning

1

October 21, 2023. However, in a Facebook video post, dated October 16, 2023, when discussing her prison sentence and surrendering to BOP St Cyr stated, "I am one week away from getting on a plane" and "in one week, we fly out to Des Moines."[1] Meaning, St Cyr is not driving to Minnesota beginning on October 21, 2023, rather she is flying on October 23, 2023 - five days after her reply brief is due to the Court. This gives the Court ample time to rule on the motion regarding release pending appeal.

The government also notes that if St Cyr's motion to postpone self-surrender is granted, the commencement of her sentence will occur more than eight months after her conviction. The purposes behind criminal sentencing are "retribution, deterrence, incapacitation, and rehabilitation." *Tapia v. United States*, 131 S. Ct. 2382, 2387 (2011) ("[A] court must fashion a sentence 'to achieve the[se] purposes . . . to the extent that they are applicable' in a given case.") (quoting and citing 18 U.S.C. § 3551(a)). Further delay is unfair to the public, which has an interest in speedy justice just like criminal defendants do and would serve to undercut respect for the rule of law. As this Court noted in its recent denial of a similar motion to delay a self-surrender date, "timely reporting is the expectation and delay the exception." *United States v. Sheppard*, 21-CR-203-JDB, Doc. 115 at 3 (citing *United States v. Mish*, Crim. A. No. 21-112 (CJN) (D.D.C. Jan. 6, 2022), ECF 47; *United States v. Horning*, Crim. A. No. 21-275 (ABJ) (D.D.C. Apr. 6, 2023), ECF 53; and *United States v. Allan*, Crim. A. No. 21-64 (CKK) (D.D.C. Feb. 9, 2023), ECF 56).

Finally, the government fears that further delay of St Cyr's sentence will undermine its deterrent effect. As demonstrated in the government's sentencing memorandum and supplemental sentencing memorandum, St Cyr has failed to accept responsibility or demonstrate remorse, and she has repeatedly impugned the judicial process by which she is being held to account for her

---

[1] Video available upon request or available at *https://www.facebook.com/troy.stcyr*

criminal conduct. (ECF 107 and 117). It is also important to examine St Cyr's conduct since she was sentenced. First, it is arguable that St Cyr violated her conditions of release. Her conditions of release include being in DC only for court, pretrial business, and attorney meetings. (ECF 9.) On September 13, 2023, the very day she was sentenced, she went to the "vigil" at the DC Jail and spoke to the crowd about her case. Second, St Cyr continues to spread misinformation and disinformation on social media regarding January 6, 2021, her conduct, and police action on January 6, and the "corrupt" system. (*https://www.facebook.com/troy.stcyr* last checked October 17, 2023.)

While St Cyr remains entitled to hold and express her views, such statements demonstrate St Cyr's persistent belief that her perceived grievances justified her criminal conduct on January 6 and would therefore justify similar conduct in the future. Prompt imposition of her sentence is evidently necessary to convey to St Cyr the unjustified and unlawful nature of her actions on January 6 and to deter their recurrence.

Given the miniscule chance St Cyr has of prevailing on her motion to stay out of custody pending appeal, it is probable that motion will be denied. Accordingly, the government respectfully recommends denying St Cyr's motion to further delay commencement of her sentence.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    */s/ Jacqueline Schesnol*
    Jacqueline Schesnol
    Assistant United States Attorney
    AZ Bar No. 016742
    40 N. Central Ave., Suite 1800
    Phoenix, AZ 85004-4449
    (602) 514-7500
    jacqueline.schesnol@usdoj.gov

*/s/ Eric Boylan*
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
601 D Street N.W.
Washington, DC 20002
(202) 815-8608
eric.boylan@usdoj.gov