Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
YVONNE ST CYR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:22-cr-00185-JDB |
| Plaintiff, | ) | |
| vs. | ) | **Reply Supporting Motion for Extension of Time to Self-Surrender** |
| YVONNE ST CYR, | ) | |
| Defendant. | ) | |

## Introduction

Ms. St Cyr's motion for extension of time to self-surrender is in the interests of justice, despite the government's objection. Ms. St Cyr offers five points in reply to the government's objection.

## Argument

*First*, if the court grants Ms. St Cyr's motion for release pending appeal, ECF no. 124, then the present motion is moot.

*Second*, the government is correct about Ms. St Cyr's travel plans—she intends to fly to Minnesota on October 23, the day before her self-report date at FCI Waseca. She does *not* intend to drive on October 21, as stated in her motion for

Motion for Extension of Time to Self Surrender                -1-

extension of time to self-surrender. ECF no. 126 at 2. This two-day discrepancy is the result of a miscommunication between client and undersigned counsel, and for that counsel apologizes. Counsel did not intend to exaggerate Ms. St Cyr's travel timeline.

***Third***, the timeline for the Court's ruling remains tight. The Court could rule on Ms. St Cyr's motion for release pending appeal within the next three business days, before Ms. St Cyr flies to Minnesota for her self-surrender date on October 24. But a defendant who has been found not to be a danger by clear and convincing evidence and who has complied with the conditions of pre-sentence and post-sentence release—a defendant like Ms. St Cyr—does not need this Court to unnecessarily prioritize her pending motion above other concerns. If there is a line, she is ready to wait in it.

***Fourth***, Ms. St Cyr's litigation timeline is not limited to her motion in the district court. Should this Court deny her motion for release pending appeal, she may contest that decision in the court of appeals. If she does so, the 30-day self-surrender extension will allow the D.C. Circuit time to consider her motion.

***Fifth***, the government's concerns for "speedy justice" and "deterrent effect" should not outweigh the Court's internal priorities combined with Ms. St Cyr's right to seek an appeal. ECF no. 127 at 2. Regarding speed, there is no meaningful difference between self-surrender after seven months versus eight months. Both dates are appropriate self-surrender timelines within the context of this case. Regarding deterrence, Ms. St Cyr has not suggested that she will refuse to comply with her surrender order; instead, she is merely requesting a short delay while the

court reviews her motion for release pending appeal. She is not disrespecting the judicial system by exercising her right to appeal.

## Conclusion

Overall, Ms. St Cyr's request is an appeal to judicial economy and respect for the Court's time. It is not necessary for the Court to rule on her meritorious motion for release pending appeal, ECF no. 124, within the next three business days (five total days) before her self-surrender date on October 24; therefore, she requests that the Court extend her self-surrender date to November 23, 2023. During a 30-day extension of self-surrender, she will continue to pose neither a danger to the community nor a flight risk.

Dated: October 18, 2023

NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
YVONNE ST CYR

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, Reply Supporting Motion for Extension of Time to Self-Surrender, was served on all parties named below on this 18th day of October 2023.

| | |
|---|---|
| Jacqueline Schesnol, Assistant United States Attorney | |
| Capitol Riot Detailee | ____United States Mail |
| Two Renaissance Square | ____Hand Delivery |
| 40 N. Central Ave., Suite 1800 | ____Facsimile Transmission |
| Phoenix, AZ 85004-4449 | _X_CM/ECF Filing |
| (602) 514-7500 | ___ Email Transmission |
| jacqueline.schesnol@usdoj.gov | |
| | |
| Eric Boylan, Assistant United States Attorney | |
| 601 D Street NW | ____United States Mail |
| Washington, DC 20001 | ____Hand Delivery |
| (202) 252-7215 | ___Facsimile Transmission |
| eric.boylan@usdoj.gov | _X_CM/ECF Filing |
| | ___ Email Transmission |

Dated: October 18, 2023        /s/ Sybil Davis
                               Sybil Davis