# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3174**  **September Term, 2024**

**1:22-cr-00185-JDB-1**

**Filed On: January 27, 2025** [2096733]

United States of America,

    Appellee

  v.

Yvonne St Cyr,

    Appellant

## M A N D A T E

In accordance with the order of January 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed January 27, 2025