UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　v.<br>YVONNE ST CYR,<br>　　　Defendant. | Criminal Action No. 22-185 (JDB) |

## JUDGMENT ORDER

Upon consideration of [134] St Cyr's motion for return of monetary penalties, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.  It is further

- **ORDERED** that judgment is entered in favor of St Cyr against the United States in the amount of $2,270; it is further

- **ORDERED** that the judgment shall be stayed pending the resolution of the appeals currently before the D.C. Circuit that present the question whether a defendant whose conviction was vacated on appeal because of a pardon is entitled to recover money paid pursuant to the now-vacated judgment of conviction, see United States v. Hager, No. 25-3076 (D.C. Cir. filed July 17, 2025); United States v. Ballenger, No. 25-3080 (D.C. Cir. filed July 21, 2025); United States v. Zabavsky, No. 25-3083 (D.C. Cir. filed July 31, 2025); it is further

- **ORDERED** that St Cyr and the United States shall submit a joint status report by not later than ten (10) days following the resolution of said appeals; and it is further

- **ORDERED** that, if the D.C. Circuit's disposition of those appeals supports this Court's disposition of St Cyr's motion, the Court shall dissolve the stay and the government shall pay the judgment consistent with 31 U.S.C. § 1304(a).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: August 27, 2025